# STATEMENT OF FACTS

Your affiant is a Special Agent with the Federal Bureau of Investigation (FBI) and has been so employed since September 2002. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

Unless otherwise stated, the information in this Affidavit is either personally known to me, has been provided to me by other individuals, or is based on a review of various documents, records, reports, and files. Because this Affidavit is submitted for the limited purpose of establishing probable cause to support an application for an arrest warrant, it does not contain every fact known by me or the United States. The dates listed in this Affidavit should be read as "on or about" dates.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public. I am assisting in the investigation and prosecution of events which occurred at the United States Capitol on January 6, 2021.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

With the joint session underway and with Vice President Mike Pence presiding, a large crowd gathered outside the U.S. Capitol. Temporary and permanent barricades surround the exterior of the U.S. Capitol building, and U.S. Capitol police were present and attempting to keep the crowd away from the Capitol building. Also, the certification proceedings were underway, and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows. Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there, including William Blauser as discussed below.

The Federal Bureau of Investigation ("FBI") is investigating William Albert Blauser Jr. ("BLAUSER") regarding his involvement in entering the U.S. Capitol building on January 6, 2021, and the investigation concerns possible violations of, *inter alia*, 18 U.S.C. § 1752(a)(1) & (2), and 40 U.S.C. § 5104(e)(2)(C)(i),(D) & (G).

**Witnesses**:  Since the events at the U.S. Capitol, the FBI has received information from Witness #1 - #4, who provided information regarding BLAUSER's potential involvement in entering the Capitol.

a.  ***Witness #1:***  On or about January 7, 2021, Witness #1 submitted an anonymous electronic tip to the FBI National Threat Operation Center, advising that BLAUSER and his associate, Pauline Bauer, from Kane, PA, were part of the mob that broke into the Capitol building to disrupt the electoral votes.  According to Witness #1, BLAUSER and Pauline Bauer took several photos on their phones after they stormed the Capitol.  Witness #1 did not provide any identifying information, but the IP address used to submit the online tip resolved back to Kane, Pennsylvania.  Further investigation determined that both BLAUSER and Pauline Bauer reside in the area surrounding Kane, Pennsylvania.

b.  ***Witness #2:***  On January 7, 2021 the FBI received a tip through the FBI Office of Public Affairs Digital Media Tips website from Witness #2, who included the following statement:

> "Sandy Pomeroy Weyer entered in the Capitol on Jan 6th with Bill Blauser and Lynn Nester. I have screen shots of Sandy stating she stormed the Capitol.  She also had a live however Facebook took it down. sandy also stated she has no fear when asked if gets in trouble with the police."

Witness #2 also attached a screen capture of a photograph posted on Facebook that appears to be taken on January 6, 2021.  The photo consists of six persons posed on one of the east-side balconies of the Capitol Building, with the United States Supreme Court building and the Jefferson Building visible in the background.  The caption above the image reads, "**Sandy Pomeroy Weyer** is with **Bill Blauser** and **2 others** in **Washington D.C.**"



In the photograph, The male standing to the far right in the photographs was later identified as William BLAUSER, wearing light-colored pants, a white t-shirt with a graphic design on the front, a camaflague jacket and a baseball cap with the word "Trump" on the front of the cap. In addition, BLAUSER has a full white-beard and an object that appears to be a cellphone in his left hand. To the right of BLAUSER is a woman, later identified as Pauline Bauer, dressed in a blue jacket, and a red/white/blue knit hat with a pom-pom on top, and long brown hair.

The Facebook profile provided by Witness #2 indicated the subject was Sandy Pomeroy Weyer with a Facebook name: "Sandy Pomeroy Weyer."[1] On or about on March 16, 2021, a search warrant associated with that account was submitted to Facebook, Inc. via the Law Enforcement Facebook Portal. On or about the same date, Facebook returned the data through the Law Enforcement Facebook Portal, and a review of that data was conducted and found videos and

---

[1] On or around January 29, 2021, a Grand Jury Subpoena was served to Facebook for accounts associated with "Sandy Pomeroy Weyer." Facebook records identified two associated accounts: 100015433067547 and 100061592379425. Facebook records also identified phone number +17178022147 as being affiliated with the accounts. On February 11, 2021, Facebook provided subscriber information for account: 100015433067547 which listed a registration date of February 28, 2017, and a closure date of January 9, 2021. The name associated with the account is listed as Sandy Pomeroy Weyer and the account was verified, meaning the account holder responded to a text message sent to the telephone number +17178022147. On February 11, 2021, Facebook also provided subscriber information for account: 10006159239425, which listed a registration date of January 8, 2021 – one day prior to the deletion of the account associated with Sandy Pomeroy Weyer. The name associated with the new account is listed as Sandy Sue and the account was verified on January 8, 2021, at 14:39:43 UTC using the cell phone number +17178022147 – the same phone number used to verify the account associated with Sandy Pomeroy Weyer.

photographs of a woman who appeared to be Weyer both outside and inside the Capitol during the riots on January 6, 2021. In addition, a review of the list of Facebook friends from the account associated with Weyer showed that she is friends with Pauline Bauer. In addition, law enforcement recovered a group Facebook chat that included the names of Bill BLAUSER and Pauline Bauer, dated January 6, 2021, at 2:17:50 (UTC time).

On January 5, 2021, Weyer posted the below photo on Facebook and tagged Pauline Bauer's Facebook profile. In the photograph, Pauline Bauer is wearing a red/white/blue knit hat with a pom-pom on top of the hat.



Witness #2 also provided another image to the FBI that was posted on January 7, 2021, on the same Facebook account. In the photo, BLAUSER and the same group of persons are pictured in front of the Capitol building, with a time-stamp of "yesterday at 5:50 p.m.," believed to be refering to January 6, 2021.



  c. ***Witness #3:*** On or about January 18, 2021, Witness #3 submitted an electronic tip to the FBI National Threat Operation Center, along with a photograph, and wrote, "I know a guy from our town of Kane, Pa that was in the Capital building. He has taken videos and they are bing [sic] passed around."

  On February 4, 2021, I interviewed Witness #3, who has known BLAUSER for over five years, and had opportunities to view him in person and become familiar with his physical appearance prior to the January 6th events. Witness #3 stated that BLAUSER uses Facebook and his username is "bill.blauser.3." Witness #3 also knows Pauline Bauer and had opportunities to view her in person and become familiar with her physical appearance prior to the January 6th events. Specifically, Witness #3 stated that s/he frequents a local restaurant called Bob's Trading Post that is run by Pauline Bauer and her husband, Jeff Bauer. Witness #3 stated that Pauline Bauer became more and more political over the past year, and began losing business because people were uncomfortable about her constant political rhetoric. Witness #3 stated that Pauline Bauer's husband recently told Witness #3 that Pauline Bauer entered the Capitol building, but that she did not hurt anybody or do anything violent.

  Witness #3 also reported that he/she had heard that two buses of people from Elk County, Pennsylvania, and the surrounding areas went to the "Stop the Steal" rally in Washington, D.C. on January 6, 2021. Witness #3 stated that s/he heard BLAUSER was also in the Capitol Building.

  Witness #3 provided law enforcement copies of the videos that s/he referenced in her/his online tip. Witness #3 stated that s/he received the videos from Witness #4, who is another associate of Witness #3's that attended the January 6, 2021, events in Washington, D.C. The videos consisted of recordings of the events of January 6, 2021, and Witness #3 stated that s/he recognized Pauline Bauer's voice in one of the videos.

  d. ***Witness #4:*** On February 9, 2021, the FBI interviewed Witness #4 about the events of January 6, 2021. Witness #4 confirmed that s/he traveled to Washington, D.C. to attend the rally with several associates. Witness #4 provided law enforcement copies of the videos from January 6, 2021. A review of the videos provided by Witness #4 revealed that they were shot from the steps of the Capitol and from inside the Capitol Building in the Rotunda area. In one of the videos that was recorded from the Capitol steps, the video panned the crowd and BLAUSER is recorded in the foreground of the video, wearing the same camouflage jacket and baseball cap with the word "TRUMP" seen in other photographs taken on January 6, 2021.



Witness #4 acknowledged that "Pauline" attended the rally as well, and while Witness #4 declined to provide the last name of "Pauline," Witness #4 did not deny that her last name was BAUER. Witness #4 stated that "Pauline" arranged for buses to travel to Washington, D.C. An individual associated with Witness #4, who was present for a portion of the interview, referenced PAULINE as being associated with Bob's Trading Post restaurant.[2]

Witness #4 stated that "Pauline" sent several videos to him/her, and some of these videos appear to have been taken inside the Capitol building. Witness #4 provided copies of the videos to law enforcement, and as discussed below, some of these videos appear to be taken from the same location that "Pauline," and BLAUSER were seen in the body-worn camera videos --- but

---

[2] Law enforcement conducted an open source record checks on Bob's Trading Post Facebook page, and on December 22, 2020, Pauline Bauer updated the event cover photo in Mega million Rally in DC Bus Trip. In the Details section, it stated, "Day trip to Washington DC on January 6, 2021 for the mega million rally. Need 51 people to fill a bus….Contact Pauline at 724-816-2088."



from the vantage point of BLAUSER and Pauline Bauer (rather than the MPD officer's vantage point). The screenshot below is from one of the videos that PAULINE sent to Witness #4:



**Interview with William Blauser**:  On February 9, 2021, I traveled to BLAUSER's residence and briefly met with him.  BLAUSER invited me into his home and was cordial and pleasant.  After I explained to BLAUSER the reason for my visit, BLAUSER informed me that he had hired an attorney to represent him.  BLAUSER provided the attorney's contact information to me and then I promptly left.

**Capitol building video-surveillance footage:**  I have reviewed portions of surveillance video of the interior of the Capitol buildings, including the east Rotunda door entry and inside the Rotunda area.  At approximately 2:43 p.m., BLAUSER and Pauline Bauer are recorded entering the Capitol building via the east Rotunda door.  At the time of BLAUSER's entry, there were at least three police officers in the area of the door attempting to stop the crowd from entering the building.  As he entered through the doorway, BLAUSER walked backwards, pushing his way through the crowd and police to enter the building.





At approximately, 2:44 p.m., BLAUSER and Pauline Bauer entered the Rotunda.




At approximately 3:02 p.m., BLAUSER and Pauline Bauer were recorded by the South entrance to the Rotunda and both BLAUSER and Pauline Bauer appear to be involved in a brief skirmish with law enforcement.



After the police forced the crowd out of the Rotunda area, BLAUSER was observed exiting the building with Pauline Bauer at approximately 3:21 PM.



**Body-worn camera video**: I have reviewed body-worn cameras worn by members of the Metropolitan Police Department ("MPD") standing inside the Capitol Rotunda, in an effort to deny the individuals the ability to maneuver through the Rotunda. Numerous body-worn cameras

recorded BLAUSER and Pauline Bauer inside the Rotunda area of the U.S. Capitol Building on January 6, 2021.  In numerous body-worn camera videos, individuals are pushing and yelling at the officers as they attempt to contain the crowd, and BLAUSER and Pauline Bauer are in the midst of the crowd.  In each image, BLAUSER appears to be wearing the same baseball cap and camouflage jacket.





**Identification:**  On April 21, 2021, I met with Witness #3 again, and Witness #3 viewed several photographs, including some of the above-mentioned still photographs from the Capitol video-surveillance footage and the body-worn camera videos.  After viewing each photograph, Witness #3 identified the individual with a white beard, wearing the baseball cap with the word "TRUMP" on the front of the hat and camouflage coat as William BLAUSER.

In addition, I have obtained a copy of BLAUSER's Pennsylvania's driver's license that contained a photograph of BLAUSER and I briefly met with BLAUSER on February 9, 2021.  I

have reviewed the above-discussed video-surveillance footage and body-camera footage captured during the events on January 6, 2021, as well as the Facebook photographs that identified BLAUSER in the photo. Based on my in-person contact with BLAUSER, and comparison of his Pennsylvania driver's license to the images from these different sources, the person recorded on the CCTV footage and body-worn camera inside the Capitol building appears to be WILLIAM ALBERT BLAUSER JR.

**Target Offenses:**   Your affiant submits that there is probable cause to believe that WILLIAM ALBERT BLAUSER JR. violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds while the President or others person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits these is also probable cause to believe that WILLIAM ALBERT BLAUSER, JR. violated 40 U.S.C. §§ 5104(e), which make it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Respectfully submitted,

_____
Michael Shaffer
FBI – Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 18th day of May 2021.

_____
G. MICHAEL HARVEY,
U.S. MAGISTRATE JUDGE