# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>William Blauser, Jr.<br><br>_____<br>*Defendant* | ) ) ) ) ) ) ) | Case No. |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ William Blauser, Jr. _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Engages in Disorderly or Disruptive Conduct in Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:   05/18/2021                                      *[signature]*
                                                         Digitally signed by G. Michael Harvey
                                                         Date: 2021.05.18 17:26:19 -04'00'
                                                         *Issuing officer's signature*

City and state:   Washington, D.C.                      G. Michael Harvey, U.S. Magistrate Judge
                                                         *Printed name and title*

---

### Return

This warrant was received on *(date)*  5/18/2021 , and the person was arrested on *(date)*  5/19/2021
at *(city and state)*  LUDLOW, PA .

Date:  5/19/2021                                         *[signature]*
                                                         *Arresting officer's signature*

                                                         MICHAEL SHAFFER   FBI SPECIAL AGENT
                                                         *Printed name and title*