# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.  Criminal Number  1:21-cr-00386-TNM-1

WILLIAM BLAUSER, JR.
  (Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA   ☒ RETAINED   ☐ FEDERAL PUBLIC DEFENDER

_Rammy Barbari_
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Rammy Barbari Bar No. 1032106
(Attorney & Bar ID Number)

Price Benowitz LLP
(Firm Name)

409 7th Street, NW, Ste. 200
(Street Address)

Washington, DC 20004
(City) (State) (Zip)

o (202) 417-6000; c (202) 871-0139
(Telephone Number)