UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.:  1:21-cr-00386-TNM |
| | : | |
| **WILLIAM BLAUSER, Jr.** | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | **Parading, Demonstrating, or Picketing in a** |
| | : | **Capitol Building** |
| **Defendant.** | : | |
| | : | |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, WILLIAM BLAUSER, Jr., with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States

Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

      4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

      5.      At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

      6.      At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the

crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

**Blauser's Participation in the Riot at the Capitol on January 6, 2021**

8. WILLIAM BLAUSER, Jr. traveled from Pennsylvania to Washington, D.C. with Pauline Bauer to attend a rally in support of then-President Donald Trump, held the morning of January 6.

9. After President Trump's speech, WILLIAM BLAUSER, Jr. walked to the U.S. Capitol Building.  At approximately 2:43 pm, WILLIAM BLAUSER, Jr. and Pauline Bauer pushed through the crowd and past law enforcement officers to enter the U.S. Capitol through the East Rotunda doors.  At the time of WILLIAM BLAUSER, Jr.'s and Pauline Bauer's entry, there were at least three officers in the area of the door attempting to stop the crowd from

entering the building.  WILLIAM BLAUSER and Pauline Bauer then made their way into the Capitol Rotunda.

10.  WILLIAM BLAUSER was carrying a large over sized sign that read "Walk as Free People" and standing close to Pauline Bauer as she screamed "bring them out, they're criminals . . .they need to hang."  At approximately 3:02 pm, WILLIAM BLAUSER and Pauline Bauer are involved in a brief skirmish with law enforcement as they resist law enforcement as law enforcement is pushing them out of the Rotunda.  WILLIAM BLAUSER, Jr. exited the building with Pauline Bauer at approximately 3:21 pm.

11.     The defendant knew at the time he entered the U.S. Capitol Building that that he did not have permission to enter the building and the defendant paraded, demonstrated, or picketed.

12.     WILLIAM BLAUSER, Jr. acknowledges that he along with Pauline Bauer are captured in photo inside the U.S. Capitol as shown in Image 1 below. Image 2 is a cropped and enlarged portion of the photo showing WILLIAM BLAUSER, Jr. and Pauline Bauer as they looked while inside the U.S. Capitol.

Image 1



Image 2



13.     WILLIAM BLAUSER, Jr. knew at the time he entered the U.S. Capitol Building that neither he nor Pauline Bauer had permission to enter the building and when Mr. Blauser entered the U.S. Capitol, he unlawfully paraded, demonstrated, and/or picketed.

Respectfully submitted,

|  |  |
|---|---|
|  | CHANNING D. PHILLIPS<br>Acting United States Attorney<br>D.C. Bar No. 415793 |
| By: | /*s/ James D. Peterson*<br>Amanda Fretto Lingwood<br>Assistant United States Attorney<br>James D. Peterson<br>VA Bar 35373<br>Trial Attorney<br>United States Department of Justice<br>1331 F Street N.W., 6th Floor<br>SAUSA<br>U.S. Attorney's Office for the District of Columbia<br>Washington, D.C. 20530<br>(202) 353-0796<br>James.d.peterson@usdoj.gov |

## DEFENDANT'S ACKNOWLEDGMENT

I, William Blauser, Jr., have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 10/25/21

William Blauser, Jr.
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 10/29/21

David Barry Benowitz
Rammy George Barbari
Attorney for Defendant