UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 1:21-cr-00386-TNM |
| | : | |
| WILLIAM BLAUSER, Jr. | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | Parading, Demonstrating, or Picketing in a |
| | : | Capitol Building |
| Defendant. | : | |
| | : | |

## JOINT STIPULATION

The Government and Defendant respectfully submit the following Joint Stipulation to clarify the record in support of the plea of guilty entered by defendant WILLIAM BLAUSER, Jr. to Count 5 of the Indictment in the above-captioned matter on November 15, 2021.

1. Whereas the plea agreement letter submitted inadvertently referenced a plea to Count Four of an Information as opposed to Count Five of the Indictment. The agreement correctly referenced a guilty plea to "Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(G)."

2. The parties hereby stipulate and agree that WILLIAM BLAUSER, Jr. pled guilty on November 15, 2021 to the offense of Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(G), such plea being knowingly and voluntarily made with the advice of counsel. It is hereby further stipulated and agreed that such plea was tendered, accepted, and entered as to Count 5 of the Indictment in the above-referenced case *United States v. William Blauser, Jr.*, 1:21-cr-00386-TNM (D.C.C.) ECF No. 11.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

Page 1 of 2

By:    /s/ *James D. Peterson*
Amanda Fretto Lingwood
Assistant United States Attorney
James D. Peterson
VA Bar 35373
Trial Attorney
United States Department of Justice
1331 F Street N.W., 6th Floor
SAUSA
U.S. Attorney's Office for the District of Columbia
Washington, D.C. 20530
(202) 353-0796
James.d.peterson@usdoj.gov

Rammy George Barbari, DC # 1032106
PRICE BENOWITZ
409 7th St. NW
Suite 100
Washington DC, DC 20004
(202) 417-6000
Email: rammy@pricebenowitz.com
Attorney for Defendant