# EXHIBIT K

November 30, 2021

The Honorable Trevor N. McFadden
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

<strong>RE: William A. Blauser, Jr.<br>1:21-cr-006-TNM</strong>

Your Honor:

    My name, sir, is Kenneth B. Holmes, and my relationship with Mr. William Blauser covers many areas, which includes friend, former co-worker, colleague and fellow service veteran. I have known Bill since 1962, when I first moved to Pennsylvania, after my father's retirement from the Army as a career soldier. Bill was in his junior year of high school, and I was two years behind him. We met or seen each other at the park in Ludlow where sports, usually softball, was our daily summer transgression.

    When I was released from active duty in 1970, I not only worked but played softball and bowled against Bill until I became a disabled veteran many years later. Speaking as a fellow veteran, co-worker for 20 years at the United States Postal Service with Bill, we both have gone through the chairs at our local and district American Legion functions. My military career was cut short for medical reasons, but the leadership roles I followed all those years made working with and alongside Bill a shared experience of dealing with people, situations and, of course, public speaking. I am acutely aware of those charges held against Bill and I am aware of what those charges could bring.

    I find Bill to be informative in his thoughts and actions since I have known him -- from being a grandfather to his own grandchildren, as well as Santa for many a year until the kids all figured out who was under that mask. His organizational and social skills were in evidence on a daily basis. His daughter thinks the world of him in that he is always there for counsel and guidance. His presence at family and community events as a leader, has made him very valuable in the planning and organization necessary for any job. To say he has many friends and colleagues would be undermining his value, which to me as a fellow veteran, is right on the mark. I have come to Bill for direction and insight, as both of us share the title of past Bi-County and Post Commanders, which has been the basis for our long levity and leadership that we give back to our nation.

    It is very hard to believe the charges against Bill, but against any experience I have had with him, to my knowledge, he has hunted for years, has driven many years and I do not even remember him once mentioning a ticket or warning or any type of offenses as such. Mr. Blauser is a hard worker. As a post office letter carrier, he served the motto of "through wind, snow and rain." Given his recent awards, I believe his future at the American Legion at least is somewhat secure – Pennsylvania Post Commander award for 2021 and now 5 years in a row, over 100% membership in our Post. This is not only a sign of a good leader but shows that he is capable and willing to do what it takes to accomplish any task. I, myself,

have never doubted the ability and sincerity that Bill has shown to himself, his Post, and all other Veterans. I do believe this experience has taught Bill both the insight and awareness on his part and the consequences that lie ahead.

Bill is a former navy veteran and has shared with us many of his activities while stationed in Vietnam, including having a boat blown out from under him. He has been and is still involved in community services, and twice has been put named to the Wildcat Park supervisory board (past president) and water advisory board for Ludlow. His propensity for community service is evident in the Veterans' Memorial of Hamilton Township that he, his brother, Mike, and my wife, Paula, and myself built and raised over $27,000 for (which our district said could not be done and our community said it could not afford). In fact, the Pennsylvania State Commander, Dennis Hass, of the American Legion, came to our Post for the dedication of this Memorial, rather than going to Washington, D.C., for the Veterans' Day parade that all the other state commanders attended.

Mr. Blauser has shown remorse over his actions by his continued actions. During these proceedings, he ran a benefit for a wounded veteran and had a walk-in shower put in, at no cost to the veteran. He also, again, ran a booth with other veterans at the Ludlow Days that helped raise the money for the Children's Day they have every year. He also ran a booth at the McKean County Fair to support the veterans.

In my heart and clear conscience, I see no reason or rational reason to question the integrity of Bill Blauser. As stated before, no man should be judged by one act or deed, but the balance of his life's work and the positive actions of those deeds should be properly weighed into consideration.

Sincerely,

Kenneth B. Holmes