# EXHIBIT M

The Honorable Trevor N. McFadden
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001

**December 28, 2021**

Re: William Blauser

Dear Judge McFadden,

My name is Melissa Haight, and I am a niece of William Blauser. His sister, Kelly Blauser Bush, is my mother. I graduated Kane Area High School in 1992, and from Dubois Business College in 1993. I have worked for Highlander Energy as a payroll manager for the past 27 years.

I have obviously known "Uncle Bill" all my life (47 years). His daughter Pam (my cousin) and I were so close growing up that I stayed at their house multiple times a week. I considered him my second dad growing up. Our family has always been very close, and since I was little, I've always considered him as the patriarch of my mother's family. I have always felt very blessed to have him as my uncle. He is one of those men who has always looked out for the well-being of his family, friends, and even strangers. If anyone ever needed anything he was one of the very few who would always be first in line to help. For example, my father and mother both have had health issues in the past three years and there have been multiple times that Uncle Bill has immediately offered to help in any way he could by driving them to hospitals, doctor's appointments, etc. He not only does this for family but has also done this for friends, and without a doubt I know that he would do this for a stranger. This is just how he is. He is a very caring and unselfish man.

Uncle Bill has always been involved in helping the community in any way he can. He is especially involved in programs for the veterans, as he is one himself. He is very proud of his service to our country (as he should be) and he is always willing to get involved in any way he can to show his support of our country. I do believe that on January 6, 2021, he felt that he wanted to support our country, and unfortunately, he was at the wrong place at the wrong time. Anyone who knows him knows he would never have done anything to bring harm or hurt to anyone.

I am asking you to please take all of this into consideration at his sentencing. As we know, no one is perfect, and I know that he takes responsibility for his wrongdoing. He is such an asset to our community and to our family that I would hate for anyone to miss out on any opportunity of his generosity, especially in a time that generosity is very seldomly seen.

Sincerely,

*Melissa Haight*
**Melissa Haight**