IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )      CR No. 21-386
                                 )      Washington, D.C.
        vs.                      )      February 3, 2022
                                 )      10:06 a.m.
WILLIAM BLAUSER, JR., (1)        )
                                 )
          Defendant.             )
_____ )
```

TRANSCRIPT OF SENTENCING HEARING PROCEEDINGS
BEFORE THE HONORABLE TREVOR N. McFADDEN
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:        James Dennis Peterson
                           DOJ-CRM
                           1331 F Street
                           6th Floor
                           Washington, D.C. 20530
                           (202) 230-0693
                           Email:
                           james.d.peterson@usdoj.gov

For the Defendant:         Rammy George Barbari
                           PRICE BENOWITZ
                           409 7th St. NW
                           Suite 100
                           Washington, D.C. 20004
                           (202) 417-6000
                           Email: rammy@pricebenowitz.com

APPEARANCES CONTINUED:

Probation Officer:          Hana Field

Court Reporter:            William P. Zaremba
                           Registered Merit Reporter
                           Certified Realtime Reporter
                           Official Court Reporter
                           E. Barrett Prettyman CH
                           333 Constitution Avenue, NW
                           Washington, D.C. 20001
                           (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
1                    P R O C E E D I N G S

2          THE COURT:  Good morning, everyone.

3          COURTROOM DEPUTY:  Please be seated and come to

4    order.

5          This is Criminal Case 21-386-1, United States of

6    America versus William Blauser, Jr.

7          From Probation, Officer Hana Field.

8          Counsel, please come forward to identify

9    yourselves for the record, starting with the government.

10         MR. PETERSON:  Good morning, Your Honor.  May it

11   please the Court.  Jim Peterson for the government.

12         THE COURT:  Good morning, Mr. Peterson.

13         MR. BARBARI:  Good morning, Your Honor.

14         Rammy Barbari on behalf of Mr. Blauser, who is

15   present.

16         THE COURT:  Good morning, Mr. Barbari;

17   good morning, Mr. Blauser.

18         All right.  We're here for the sentencing of the

19   Defendant William Blauser, Jr., who's pled guilty to one

20   count of parading, demonstrating, or picketting in a Capitol

21   building, in violation of 40 U.S.C. 5104.

22         I've received and reviewed the Presentence

23   Investigation Report and sentencing recommendation from the

24   Probation Office, as well as the sentencing memorandum from

25   the government and Mr. Blauser.  Mr. Blauser's memorandum
```

1  also had a number of letters attached to it, including one

2  from him.

3           Are there any other documents or materials that

4  I should have reviewed, Mr. Peterson?

5           MR. PETERSON:  No, Your Honor, not for the

6  government.

7           THE COURT:  Mr. Barbari?

8           MR. BARBARI:  No, Your honor, not from the

9  defense.

10          THE COURT:  Mr. Blauser, this sentencing hearing

11  will proceed in three steps which may seem a bit mechanical

12  to you at times.

13          The first step of today's hearing is for me to

14  determine whether you've reviewed the Presentence Report and

15  whether there are any outstanding objections to it, and, if

16  so, to resolve those objections.  The second step is to hear

17  from the government, from your counsel, and you, sir, if you

18  wish to be heard, about sentencing in this case.

19          And the final step requires the Court to fashion a

20  just and fair sentence in light of the factors Congress set

21  forth in 18 U.S.C. 3553(a).

22          As part of this last step, the Court will actually

23  impose the sentence, along with the other required

24  consequences of the offense.

25          All right.  So going to that first step, the final

1    Presentence Investigation Report was filed on January 25th,

2    2022; the Probation Office filed its final sentencing

3    recommendation on the same day, Mr. Blauser filed a

4    memorandum in aid of sentencing on January 27th, 2022, as

5    did the government.

6              Mr. Peterson, does the government have any

7    objection to any of the factual determinations set forth in

8    the Presentence Report?

9              MR. PETERSON:  No, Your Honor, we do not.

10             THE COURT:  Mr. Barbari, have you and Mr. Blauser

11   read and discussed the Presentence Report?

12             MR. BARBARI:  We have, Your Honor.

13             THE COURT:  Does the defendant have any objection

14   to any of the factual statements set forth in it?

15             MR. BARBARI:  We do not, Your Honor.

16             THE COURT:  All right.

17             Mr. Blauser, could you step forward, please.

18             MR. BARBARI:  Is it okay to have the mask off?

19             THE COURT:  That's fine.

20             Sir, are you fully satisfied with your attorney in

21   this case?

22             THE DEFENDANT:  Yes, Your Honor.

23             THE COURT:  Do you feel you've had enough time to

24   talk with him about the Probation Office's Presentence

25   Report and the papers the government filed in connection

1   with sentencing?

2           THE DEFENDANT:  Yes, Your Honor, we've gone over

3   it several times.

4           THE COURT:  Great.  All right.  You may both have

5   a seat.  Thank you.

6           The Court will accept the facts as stated in the

7   Presentence Report.  The Presentence Report will serve as my

8   findings of fact for purposes of this sentencing.  I'd like

9   to thank Ms. Field for her work on this.

10          The Sentencing Guidelines do not apply because

11  this is a Class B misdemeanor.  The applicable penalty --

12  potential penalties are as follows:

13          The maximum jail term that the Court may impose

14  for Mr. Blauser's offense is six months, the maximum fine

15  the Court may impose for the offense is $5,000.  There's a

16  mandatory Special Assessment of $10.  Mr. Blauser is

17  eligible for up to five years of probation because the

18  offense is a misdemeanor.  And under 18 U.S.C. 3663(a), the

19  Court shall award restitution in the amount of $500.

20          Have I stated accurately the statutory framework

21  under which we are operating in regard to this case,

22  Mr. Peterson?

23          MR. PETERSON:  Yes, Your Honor.

24          THE COURT:  And Mr. Barbari?

25          MR. BARBARI:  Yes, Your Honor.

1          THE COURT:  All right.

2          Before I discuss the other sentencing factors that

3    will bear on the Court's final decision, I'll at this point

4    share with the parties the particular sentence the

5    Probation Office has recommended.  Taking into account the

6    advisory Guidelines sentence, the available sentences, and

7    all of the factors listed in Section 3553(a), the

8    Probation Office's recommended a sentence of two years'

9    probation, a fine of $2,000, restitution in the amount of

10   $500, and a special assessment of $10.  The recommendation

11   of the Probation Office is based solely on the facts and

12   circumstances contained in the Presentence Report.

13          I must now consider the relevant factors that

14   Congress set out in 3553(a) to ensure that the Court imposes

15   a sentence that is sufficient but not greater than necessary

16   to comply with the purposes of sentencing.

17          These purposes include the need for the sentence

18   imposed to reflect the seriousness of the offense, to

19   promote respect for the law, and to provide just punishment

20   for the offense.

21          The sentence should also afford adequate

22   deterrence to criminal conduct, protect the public from

23   future crimes of the defendant, and promote rehabilitation.

24          In addition to the Guidelines and policy

25   statements, I will consider the nature and circumstances of

1  the offense, the history and characteristics of the

2  defendant, the need for the sentence imposed, the

3  Guidelines Ranges which actually do not apply here, the need

4  to avoid unwarranted sentencing disparities among defendants

5  with similar records who have been found guilty of similar

6  conduct, and the types of sentences available.

7         Does the government wish to be heard on the

8  application of the factors set forth in 3553(a), request a

9  variance, or otherwise make a sentencing recommendation?

10         MR. PETERSON:  Yes, Your Honor, we do.

11         THE COURT:  Mr. Peterson.

12         MR. PETERSON:  Thank you, Your Honor, may it

13  please the Court.

14         The government is here today arguing in support of

15  its recommendation that the Court sentence William Blauser,

16  Jr., to three months' home detention, 36 months of

17  probation, 60 hours of community service, $500 in

18  restitution, which I understand the Court has imposed or

19  will impose, and the mandatory $10 Special Assessment.

20         In reviewing the pleadings, I think it's fair to

21  say that there's not a huge gap between what the government

22  is seeking today and what the defense has put in their

23  sentencing recommendation, and that boils down to, in my

24  view mostly, the argument on the propriety of home

25  detention.  We feel that home detention is appropriate and

1    we would ask the Court to impose it.

2            We certainly do not dispute the background

3    highlighted by the defense in their memorandum, it is

4    impressive, we've highlighted some of those things

5    ourselves.  We also identified in our sentencing memorandum

6    the defendant's conduct in restraining Ms. Bauer, his

7    co-defendant, who is engaging in much more serious conduct,

8    I think we called it laudable.  We don't dispute any of

9    that.

10           But it comes down to -- and it's a "but," but it

11   is a but.  I think in fashioning a just and appropriate

12   sentence, we cannot overlook and cannot overstate the

13   significance of the nature and circumstances of the offense

14   on January 6th, 2021.  The magnitude of the offense, the

15   attack on the Capitol, I would suggest, cannot be

16   overstated.  Your Honor, I believe, recently, I think days

17   ago, based on my research, has adopted another

18   characterization of the events as serious and chilling.

19   I think that that is a fair assessment of that.

20           I think also there's some other judicial

21   assessments of the circumstances on January 6th, 2021, that

22   have been in records, have been on file, suggesting that a

23   mob is not a mob without people.  And I would point out, as

24   is evident from the facts of this case, that Mr. Blauser is

25   one of those people that was part of that mob.

```
 1              And because of that, and largely because of that,
 2    the government feels that home detention in this case of
 3    three months is appropriate.  I think that that is
 4    consistent with other sentences, certainly other sentencing
 5    arguments from the government.  The one that the government,
 6    I think it's Wickersham, identified in its sentencing
 7    memorandum, but given the nature and the gravity of the
 8    offense and the defendant's participation in that, the
 9    government would ask for, in addition to other
10    recommendations, 90 days of home incarceration -- home
11    detention.
12              THE COURT:  Mr. Peterson --
13              MR. PETERSON:  Yes.
14              THE COURT:  -- you've provided various photos in
15    the memorandum, and I appreciate that.  It was difficult --
16    I mean, it seemed to me that potentially the most serious
17    allegation here is that the defendant, at one point, lowered
18    his shoulder, pushing back into law enforcement, to help
19    extricate Ms. Bauer.  It's difficult for me to tell what's
20    going on there in the photo.
21              MR. PETERSON:  Right.
22              THE COURT:  Is there a video that you've watched?
23              MR. PETERSON:  There is a video, and that video
24    has been produced.
25              And I'm happy to adopt -- I don't think we have
```

1   disagreement on the characterization of that.  If the Court

2   needs me to -- I mean, I've tried to be -- as the Court is

3   probably aware and there's been litigation on this, I've

4   tried to be circumspect in introducing things that may be

5   sensitive and that may not be, in the government's view,

6   necessary for the resolution of these issues.

7          But there is -- it is a clip, there's certainly

8   not photographs, a short clip, I will characterize it, and I

9   will accept defense counsel's characterization of it, he

10  lowers -- it's more of resisting and pushing back, if you

11  will.  And it seems clear to the government that Mr. Blauser

12  is doing that not for himself or not out of hostility to law

13  enforcement, but Ms. Bauer is -- not trapped, but she's

14  behind some officers, and I think that that part is

15  hopefully somewhat clear.  And I think it's clear on page 6

16  that he is -- that she is squeezed behind him and he reaches

17  for her to try and pull her through.  I think that that is,

18  perhaps, the best photograph and the best view.  And I think

19  that if you see the video clip, it will not illuminate it

20  more than that.

21         But the government's characterization of it is

22  that he is engaging in that conduct or that effort in an

23  attempt, I think, to have Ms. Bauer be with him, and then

24  they make the progress, and it is slow progress, it is

25  certainly escorted by law enforcement, as they are pushed

1    out of the Rotunda.  Does that, in some small part, answer

2    the Court's question?

3           THE COURT:  That's helpful.

4           So she wasn't being detained.

5           MR. PETERSON:  No, no, she was not being detained,

6    no.

7           I mean, I think there was an effort to --

8           THE COURT:  Okay.

9           So there wasn't someone pulling her away from law

10   enforcement -- or, if anything, he was trying to keep her

11   from engaging with law enforcement.

12          MR. PETERSON:  Yes.

13          THE COURT:  Okay.

14          MR. PETERSON:  I mean, again, I can't speak to the

15   defendant's state of mind and what was going on at that

16   moment.  I would invite counsel to -- I think he's addressed

17   some of those issues in his memorandum, talking about,

18   I think, essentially agreeing with the government that he

19   was trying to -- and I think it's abundantly clear in other

20   photographs that he is restraining her, trying to multiple

21   times.

22          THE COURT:  Okay.

23          MR. PETERSON:  And I think that that's akin to

24   that.

25          Although it seems to me that it is more along the

1   lines of getting -- to keep them together than it is, at

2   that moment in time, as other ones where he's clearly

3   putting a hand on her shoulder, in an effort, I would say --

4   and there's no audio that goes to this portion, in an effort

5   to say, stop, or come back or things like that, but it was a

6   little bit different but along those lines.  Is that --

7           THE COURT:  That's helpful.  Thank you, sir.

8           All right.  Anything further, Mr. Peterson?

9           MR. PETERSON:  No, Your Honor.

10          THE COURT:  Mr. Barbari, do you wish to be heard

11  on the application of the factors set forth in 3553(a) or

12  otherwise make a sentencing recommendation?

13          MR. BARBARI:  Yes, Your Honor.

14          Thank you, Your Honor.  May it please the Court.

15          Judge, we are asking for just a probationary

16  sentence in this case.  And as the government has indicated,

17  we're not the farthest apart as some of these other cases

18  are.

19          And if I could just first go ahead and address

20  what we were just talking about in reference to that

21  photograph and Mr. Blauser's conduct there.

22          So Ms. Bauer is Mr. Blauser's -- one of his best

23  friends that he has known for a very long time.  And he came

24  down from Pennsylvania to attend the rally with her.

25          And in those moments and in those photographs, we

1    actually agree with the government, and it's always been

2    Mr. Blauser's contention that he was attempting to restrain

3    Ms. Bauer from any further conduct or contact with law

4    enforcement.  And so that is the explanation referred to

5    those photographs.

6           And for him -- and in the -- I know Your Honor,

7    I think, has the photograph, but Ms. Bauer is in front of

8    Mr. Blauser in that moment.  And there is at least one

9    officer in front of Ms. Bauer and then another officer in

10   between Ms. Bauer and Mr. Blauser.

11          And that's when the incident of him lowering a

12   shoulder to try to reach -- what appears to be to reach

13   toward Ms. Bauer to bring her back into the middle of the

14   Rotunda where they were at.  So that has always been

15   Mr. Blauser's contention about that particular moment.  And

16   what Your Honor has pointed out is perhaps the more

17   concerning conduct in that, in having actual contact.

18          But at no point, we would submit, did Mr. Blauser

19   try to engage or yell at law enforcement or otherwise be in

20   any way aggressive or violent in word or action, as we've

21   indicated in our papers, and I think as the government

22   points out as well.

23          And if I could point to -- and I don't want to

24   belabor all the points in the papers, Your Honor, but

25   you understand Mr. Blauser's history, he's a Vietnam

1    veteran, he's 75 years old, he has significant medical

2    conditions that we've submitted to the Court separately.

3              And he's a pillar of his community.  He's a

4    commander of the American Legion.  He single-handedly

5    started the fundraising and actual implementation of a

6    veterans memorial in their local park near his hometown.

7    And as the letters indicate, Your Honor, he is very well

8    loved and very well looked up to as a leader.  And he sits

9    on the governing council of his church and a variety of

10   other things.

11             And otherwise he has lived -- he's a devoted

12   father and husband and community member.  And he's a

13   hard-working man.  You know, he's had two 20-year careers;

14   one as a machine operator, one as a postal worker.  And he's

15   lived an unblemished life for 75 years.

16             And the conduct and the decision to come to D.C.

17   and enter the Capitol on January 6th was the worst decision

18   he's made.  He's accepted responsibility, Your Honor; you'll

19   hear from him in a moment.  He regrets ever coming that day

20   and getting swept up in what ended up becoming that day, and

21   making a decision to enter the Capitol when he knew he

22   shouldn't, when he followed that crowd in.

23             And I will -- I do want to just make one point on

24   the case of Wickersham that the government cites in their

25   brief, Your Honor, and citing that that's perhaps the most

1    comparable set of circumstances for a gentleman that was,

2    I think, 81 years old and had no criminal record.  And

3    similarly, Mr. Blauser is 75 years old and has no criminal

4    record.

5            But in that case, the defendant did get three

6    months of home detention.  And I just want to point out some

7    of the factors that I think distinguish that case from

8    Mr. Blauser's situation.

9            And in the government's memorandum in that case,

10   the reason they had asked for, I think, four months of home

11   detention was because Mr. Wickersham was among the first

12   people to enter the Capitol, after the initial doors were

13   breached.

14           He was seen engaging and speaking with law

15   enforcement, although it's not clear whether it was in an

16   aggressive way or not, so I can't speak to that.

17           He was seen, after leaving, holding the door open

18   for other protesters and individuals to come in -- into the

19   Capitol building at that time.

20           He also gave an interview afterwards explaining

21   that his conduct was justified because he was a taxpayer and

22   it was set up by Antifa -- that was cited in the

23   government's brief in that case -- and that he witnessed a

24   lot of other acts of violence and still chose to go in.

25           And so I would submit that those are some of the

circumstances in that case that very much differentiate and distinguish Mr. Blauser, because none of those really exist in this case, right?

Mr. Blauser's conduct, other than what was just discussed about the issue with law enforcement, Your Honor, there was no violence in any way, no words or actions that indicated any kind of violence, no evidence thereof.

There was no planning to get involved in actually entering the Capitol that day.  In fact, Mr. Blauser's initial reason for coming down to D.C. was, yes, to attend the Trump rally, but also to hear a hometown Senator from Pennsylvania, Senator Mastriano, who he knows personally, actually speak at that rally, and that was one of the main driving factors for why he attended that day.

And so there was no evidence of destruction or defacing of property whatsoever that Mr. Blauser engaged in, Your Honor.

And then again, the only interaction with law enforcement, which I won't discuss again.

And I understand the Court's need for deterrence in this case.  I can assure you, you know, given his extensible and incredible record as an individual and an upstanding, law-abiding citizen up until that day, you know, that Mr. Blauser, this is his first time ever getting involved in the criminal justice system.  You're not going

1  to see him again.  And that he is the candidate, appropriate

2  candidate, for just probation in this case.

3         Understanding the need for general deterrence,

4  Your Honor, but also, I think, the message of probation in

5  this case really does send the message that these cases are

6  really being looked at individually, as I think they are,

7  and that an individual's conduct on that day, albeit amongst

8  the greater picture of January 6th, are really being taken

9  into consideration by the bench and how they're approaching

10  it and actually sentencing these cases.

11         And I think Mr. Blauser's conduct, given all the

12  circumstances, including all of his life circumstances and

13  all the factors in 3553(a), really fall on the extreme low

14  end in this case, and it's the main reason why we do think

15  that a sentence of just probation is appropriate,

16  Your Honor.

17         THE COURT:  All right.  Thank you, Mr. Barbari.

18         MR. BARBARI:  Yes, sir.

19         THE COURT:  Mr. Blauser, you have the right to

20  make a statement or present any information to mitigate the

21  sentence.

22         Would you like to say anything that you would like

23  me to consider before imposing sentence?

24         THE DEFENDANT:  Yes, Your Honor.

25         THE COURT:  All right.  This is your opportunity,

1  sir.

2         THE DEFENDANT:  I just to have a short statement

3  to the Court, Your Honor.

4         I am very sorry and remorseful for what I did on

5  January 6th, 2021.

6         I take full responsibility for my actions on that

7  day.  I learned a very valuable lesson.

8         I'll never get into those type of situations ever

9  again.

10        And from now on, my plans are to take care of my

11 family, take care of my friends, take care of my fellow

12 veterans to the best of my ability.  So that's my plans.

13        THE COURT:  Sir, how did this happen?  You know,

14 you look at your record and you're the last person someone

15 would ever expect to be in trouble with the law.

16        What went wrong on that day?

17        THE DEFENDANT:  Well, Your Honor, one of the

18 reasons I went down there, I would have liked to went over

19 and seen the Vietnam Veterans Memorial, because I have some

20 friends that were there that are on that, and I thought that

21 would be a good time to go over there and view that, which I

22 never did get a chance to do it.

23        Your Honor, I wanted to see our Senator speak,

24 because he's a man speaking for our freedoms, and that is

25 what I fought very, very hard for when I was over in

1    Vietnam, was for our freedom.

2           And so that was my intentions.  Not to go down

3    there really for the rally but to listen to our Senator

4    speak, who was supposed to speak at the Freedom Square, but

5    that was under construction.

6           So they had mentioned to us to go up to the

7    Capitol building.  So we went to the back side.  And nowhere

8    to speak there.  So someone said, well, he'll be speaking

9    out front.  So that's where we went.  And somehow, some way,

10   and, I don't know, a spur of the moment thing, it just

11   happened, where -- I was with Ms. Bauer and I wanted to

12   protect her and I didn't want her going off and getting in

13   any problems.  So what happened was -- and it's our own

14   fault, we went up there, we did what we did.  So that's the

15   gist of the whole thing.

16          But I thought I could maybe see some of those

17   memorials down there.

18          THE COURT:  Yeah.

19          Well, I certainly understand why you would come

20   down for January 6th, so I'm not at all questioning that.

21          THE DEFENDANT:  Yeah.

22          THE COURT:  I think a lot of Americans are

23   wondering how a political rally turned into such a

24   catastrophe.

25          THE DEFENDANT:  Right.

1          THE COURT:  I'm looking at -- you know, there's

2   certainly plenty of defendants who -- in fact, I'm not aware

3   of any defendants who have your type of long, impeccable

4   background.  But if this happens with you, it makes it hard

5   to understand just, like, how did this happen?

6          THE DEFENDANT:  No, Your Honor, it breaks my heart

7   that it happened.  But I can't -- I cannot bring the water

8   back up the river and re-do what happened.

9          THE COURT:  Yeah.

10          THE DEFENDANT:  And like I said, I'm very sorry

11   and remorseful that it happened.

12          THE COURT:  I understand.

13          Sir, I've assessed the particular facts of this

14   case in light of the relevant 3553(a) factors, and I now

15   want to provide remarks for the record and for you, sir,

16   about my considerations in regard to the nature of the

17   offense and your history and characteristics, among other

18   things.

19          Of course, there's nothing wrong with

20   participating in political rallies or even protesting.  As I

21   said, I'm convinced that is all you intended to do when you

22   woke up on the morning of January 6th, 2020 [sic], and

23   perhaps go to the Vietnam Memorial, which, of course, is

24   laudable.

25          But when you pushed your way through the crowd and

1   into the U.S. Capitol that afternoon, you were trespassing

2   in one of our country's most sacred places.  And, of course,

3   as Mr. Peterson said, you ended up being part of a mob that

4   was involved in something much more dangerous and much more

5   destructive than, I'm sure, anything you would have

6   intended.

7            I am concerned that you admitted to becoming

8   involved in a skirmish with law enforcement officers who

9   were trying to clear the Capitol Rotunda.

10           As you know, when they were trying to control a

11  volatile situation in which they were badly outnumbered,

12  your presence and your actions made their job more difficult

13  that day.

14           Having said that, I understand, and from what

15  you've just told me, I think -- I can see how you probably

16  were coerced in one way or another by Ms. Bauer and that

17  your presence there, and I think the government agrees, that

18  much of what you were doing in the Capitol building that day

19  was trying to restrain her and make sure you all weren't

20  separated, and I think that does mitigate what otherwise is

21  a very troubling incident.

22           What is striking to me, sir, is how your offense

23  is so out of character with your history and

24  characteristics.

25           You're 75 years old, you don't even have a traffic

1    citation on your record, which is pretty impressive.

2            You have a long history of public service, most

3    notably in your distinguished and sacrificial service in

4    Vietnam.  While there, you received multiple commendations,

5    including a Purple Heart, for being shot multiple times

6    while aboard a River Division 15 Troop Carrier Boat.

7            I'm also moved by the many letters submitted on

8    your behalf, which testify to your charitable work and

9    community service at home.  You're the commander of your

10   local American Legion chapter, you've raised money and care

11   for local monuments, you help your fellow veterans in

12   numerous, very practical ways, you serve on the governing

13   board of your local church.

14           I agree with your attorney that there's no risk of

15   recidivism here, and I accept your apology and your sincere

16   remorse for what occurred.  And I think your explanation

17   this morning helps me understand a little more how you

18   anyway ended up being there.  I think it doesn't explain

19   how -- this broader situation there on January 6th, but

20   I think you anyway, you've got -- this clearly was not what

21   you intended and you got caught up into something that you

22   probably didn't even fully realize was happening.

23           In fashioning a sentence, courts are instructed to

24   consider all relevant circumstances, not just the offense.

25   Here, I believe your long, spotless record, your charitable

1     work, and your status as a wounded combat veteran would

2     justify a downward variance under the Sentencing Guidelines.

3     Since this is just a misdemeanor, the Sentencing Guidelines

4     don't apply, but the same principles suggest that any

5     sentence you receive should be well below the median

6     misdemeanor sentence.

7           For that reason, I don't believe home detention is

8     appropriate.  I understand the government is trying to be

9     consistent in their recommendations across and analyzing --

10    making pretty nuanced judgments about a lot of different

11    cases here on January 6th.

12          I've indicated before I'm somewhat skeptical about

13    the utility of home detention, especially in an era of

14    COVID, as a form of punishment.  But in any case, regardless

15    of my broader concerns, I certainly don't believe it's

16    appropriate here in light of your history and

17    characteristics.

18          I think a $500 fine, in addition to the

19    restitution, provides just and adequate punishment in this

20    case.

21          Mr. Barbari, how long does your client need to

22    pay?

23          MR. BARBARI:  He can pay it today.

24          THE COURT:  All right.

25          Mr. Barbari, you'll make sure that happens.

```
1              MR. BARBARI:  Sure.

2              THE COURT:  I don't think we can actually take the

3    payment today --

4              MR. BARBARI:  Right.

5              THE COURT:  -- but he'll provide payment to you?

6              MR. BARBARI:  Yes, sir.

7              THE COURT:  Okay.

8              And I want to be clear, sir, that but for your

9    long and unblemished record, this would be a very different

10   sentence.  We all make mistakes, and January 6th was yours.

11   I'm confident you will not repeat it.

12             I'll now impose the sentence.

13             It is the judgment of the Court, that you,

14   William Blauser, are hereby sentenced to pay a payment of

15   $500 in restitution, $500 fine, and a 10-dollar special

16   assessment.  The $10 special assessment is immediately

17   payable to the Clerk of the Court for the U.S. District

18   Court for the District of Columbia.

19             I do not think that probation is necessary here;

20   I do not think home detention is necessary here.

21             Pursuant to 18 U.S.C. 3742, you have a right to

22   appeal the sentence imposed by this Court if the period of

23   imprisonment is longer than the statutory maximum.  If you

24   choose to appeal, you must file any appeal within 14 days

25   after the Court enters judgment.
```

1          As defined in 28 U.S.C. 2255, you also have the

2   right to challenge the conviction entered or sentence

3   imposed if new and currently unavailable information becomes

4   available to you, or on a claim that you received

5   ineffective assistance of counsel in entering a plea of

6   guilty to the offense of conviction or in connection with

7   sentencing.  If you're unable to afford the cost of an

8   appeal, you may request permission from the Court to file an

9   appeal without cost to you.

10          Pursuant to *United States versus Hunter*, 809 F.3d

11   677, from the D.C. Circuit in 2016, are there any objections

12   to the sentence imposed that are not already noted on the

13   record?

14          MR. PETERSON:  No, Your Honor.

15          THE COURT:  Mr. Peterson, Mr. Barbari?

16          MR. BARBARI:  No, Your Honor.

17          THE COURT:  Mr. Peterson, do you have a motion?

18          MR. PETERSON:  Yes, Your Honor.

19          The government would move to dismiss the remaining

20   charges.

21          THE COURT:  Mr. Barbari?

22          MR. BARBARI:  No objection, Your Honor.

23          THE COURT:  Without objection, the remaining

24   charges will be dismissed.

25          All right.  Thank you, gentlemen.

1          Good luck to you, sir.

2          COURTROOM DEPUTY:  All rise.  This Honorable Court

3    is adjourned.

4          (Proceedings concluded at 10:37 a.m.)

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__February 16, 2022____     

                       William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [2] 3/3 27/2
MR. BARBARI: [14]
3/13 4/8 5/12 5/15 5/18
6/25 13/13 18/18 24/23
25/1 25/4 25/6 26/16
26/22
MR. PETERSON: [16]
3/10 4/5 5/9 6/23 8/10
8/12 10/13 10/21 10/23
12/5 12/12 12/14 12/23
13/9 26/14 26/18
THE COURT: [40]
THE DEFENDANT: [9]
5/22 6/2 18/24 19/2
19/17 20/21 20/25 21/6
21/10

$

$10 [4] 6/16 7/10 8/19
25/16
$2,000 [1] 7/9
$5,000 [1] 6/15
$500 [6] 6/19 7/10 8/17
24/18 25/15 25/15

0

0693 [1] 1/15

1

10-dollar [1] 25/15
100 [1] 1/19
10:06 [1] 1/6
10:37 [1] 27/4
1331 [1] 1/14
14 [1] 25/24
15 [1] 23/6
16 [1] 28/7
18 U.S.C [3] 4/21 6/18
25/21

2

20-year [1] 15/13
20001 [1] 2/6
20004 [1] 1/19
2016 [1] 26/11
202 [3] 1/15 1/20 2/6
2020 [1] 21/22
2021 [3] 9/14 9/21 19/5
2022 [4] 1/5 5/2 5/4
28/7
20530 [1] 1/15
21-386 [1] 1/4
21-386-1 [1] 3/5
2255 [1] 26/1
230-0693 [1] 1/15
25th [1] 5/1
27th [1] 5/4
28 [1] 26/1

3

3249 [1] 2/6
333 [1] 2/5
354-3249 [1] 2/6
3553 [7] 4/21 7/7 7/14
8/8 13/11 18/13 21/14
36 [1] 8/16

3742 [1] 25/21
386 [1] 1/4

4

40 [1] 3/21
409 [1] 1/18
417-6000 [1] 1/20

5

5104 [1] 3/21

6

60 [1] 8/17
6000 [1] 1/20
677 [1] 26/11
6th [11] 1/14 9/14 9/21
15/17 18/8 19/5 20/20
21/22 23/19 24/11
25/10

7

75 [4] 15/1 15/15 16/3
22/25
7th [1] 1/18

8

809 [1] 26/10
81 [1] 16/2

9

90 [1] 10/10

A

a.m [2] 1/6 27/4
abiding [1] 17/23
ability [1] 19/12
aboard [1] 23/6
about [9] 4/18 5/24
12/17 13/20 14/15 17/5
21/16 24/10 24/12
above [1] 28/4
above-titled [1] 28/4
abundantly [1] 12/19
accept [2] 6/6 11/9
23/15
accepted [1] 15/18
account [1] 7/5
accurately [1] 6/20
across [1] 24/9
action [1] 14/20
actions [2] 17/6 19/6
22/12
acts [1] 16/24
actual [2] 14/17 15/5
actually [7] 4/22 8/3
14/1 17/8 17/13 18/10
25/2
addition [3] 7/24 10/9
24/18
address [1] 13/19
addressed [1] 12/16
adequate [2] 7/21
24/19
adjourned [1] 27/3
admitted [1] 22/7
adopt [1] 10/25
adopted [1] 9/17
advisory [1] 7/6

after [3] 16/12 16/17
25/25
afternoon [1] 22/1
afterwards [1] 16/20
again [5] 12/14 17/18
17/19 18/1 19/9
aggressive [2] 14/20
16/16
ago [1] 9/17
agree [2] 14/1 23/14
agreeing [1] 12/18
agrees [1] 22/17
ahead [1] 13/19
aid [1] 5/4
aided [1] 2/8
akin [1] 12/23
albeit [1] 18/7
all [21] 3/18 4/25 5/16
6/4 7/1 7/7 13/8 14/24
18/11 18/12 18/13
18/17 18/25 20/20
21/21 22/19 23/24
24/24 26/10 26/25 27/2
All right [3] 3/18 5/16
13/8
allegation [1] 10/17
along [3] 4/23 12/25
13/6
already [1] 26/12
also [9] 4/1 7/21 9/5
9/20 16/20 17/11 18/4
23/7 26/1
although [2] 12/25
16/15
always [2] 14/1 14/14
am [2] 19/4 22/7
AMERICA [2] 1/3 3/6
American [2] 15/4
23/10
Americans [1] 20/22
among [3] 8/4 16/11
21/17
amongst [1] 18/7
amount [2] 6/19 7/9
analyzing [1] 24/9
another [3] 9/17 14/9
22/16
answer [1] 12/1
Antifa [1] 16/22
any [18] 4/3 4/15 5/6
5/7 5/13 5/14 9/8 14/3
14/20 17/6 17/7 18/20
20/13 21/3 24/4 24/14
25/24 26/11
anything [4] 12/10
13/8 18/22 22/5
anyway [2] 23/18
23/20
apart [1] 13/17
apology [1] 23/15
appeal [5] 25/22 25/24
25/24 26/8 26/9
APPEARANCES [2]
1/12 2/1
appears [1] 14/12
applicable [1] 6/11
application [2] 8/8

apply [3] 6/10 8/3 24/4
appreciate [1] 10/15
approaching [1] 18/9
appropriate [7] 8/25
9/11 10/3 18/1 18/15
24/8 24/16
are [19] 4/3 4/15 5/20
6/12 6/21 11/25 13/15
13/18 16/25 18/5 18/6
18/8 19/10 19/20 20/22
23/23 25/14 26/11
26/12
arguing [1] 8/14
argument [1] 8/24
arguments [1] 10/5
as [29]
ask [2] 9/1 10/9
asked [1] 16/10
asking [1] 13/15
assessed [1] 21/13
assessment [6] 6/16
7/10 8/19 9/19 25/16
25/16
assessments [1] 9/21
assistance [1] 26/5
assure [1] 17/21
attached [1] 4/1
attack [1] 9/15
attempt [1] 11/23
attempting [1] 14/2
attend [2] 13/24 17/10
attended [1] 17/14
attorney [2] 5/20 23/14
audio [1] 13/4
available [3] 7/6 8/6
26/4
Avenue [1] 2/5
avoid [1] 8/4
award [1] 6/19
aware [2] 11/3 21/2
away [1] 12/9

B

back [6] 10/18 11/10
13/5 14/13 20/7 21/8
background [2] 9/2
21/4
badly [1] 22/11
Barbari [12] 1/17 3/14
3/16 4/7 5/10 6/24
13/10 18/17 24/21
24/25 26/15 26/21
Barrett [1] 2/5
based [2] 7/11 9/17
Bauer [12] 9/6 10/19
11/13 11/23 13/22 14/3
14/7 14/9 14/10 14/13
20/11 22/16
be [20] 3/4 4/18 8/7
9/15 11/12 11/4 11/4
11/5 11/23 13/10 14/12
14/19 19/15 19/21 20/8
24/5 24/8 25/8 25/9
26/24
bear [1] 7/3
because [9] 6/10 6/17
10/1 10/1 16/11 16/21

becomes [1] 26/3
becoming [2] 15/20
22/7
been [7] 8/5 9/22 9/22
10/24 11/3 14/1 14/14
before [4] 1/10 7/2
18/23 24/12
behalf [3] 3/14 23/8
behind [2] 11/14 11/16
being [7] 12/4 12/5
18/6 18/8 22/3 23/5
23/18
belabor [1] 14/24
believe [4] 9/16 23/25
24/7 24/15
below [1] 24/5
bench [1] 18/9
BENOWITZ [1] 1/18
best [4] 11/18 11/18
13/22 19/12
between [2] 8/21 14/10
bit [2] 4/11 13/6
BLAUSER [23] 1/6 3/6
3/14 3/17 3/19 3/25
4/10 5/3 5/10 5/17 6/16
8/15 9/24 11/11 14/8
14/10 14/18 16/3 17/2
17/16 17/24 18/19
25/14
Blauser's [11] 3/25
6/14 13/21 13/22 14/2
14/15 14/25 16/8 17/4
17/9 18/11
board [1] 23/13
Boat [1] 23/6
boils [1] 8/23
both [1] 6/4
breached [1] 16/13
breaks [1] 21/6
brief [2] 15/25 16/23
bring [2] 14/13 21/7
broader [2] 23/19
24/15
building [4] 3/21 16/19
20/7 22/18

C

called [1] 9/8
came [1] 13/23
can [4] 17/21 22/15
24/23 25/2
can't [3] 12/14 16/16
21/7
candidate [2] 18/1 18/2
cannot [4] 9/12 9/12
9/15 21/7
Capitol [11] 3/20 9/15
15/17 15/21 16/12
16/19 17/9 20/7 22/1
22/9 22/18
care [4] 19/10 19/11
19/11 23/10
careers [1] 15/13
Carrier [1] 23/6
case [20] 3/5 4/18 5/21
6/21 9/24 10/2 13/16
15/24 16/5 16/7 16/25

**C**

case... [9]  16/23 17/1
17/21 18/2 18/5 18/14
21/14 24/14 24/20
case, [1]  17/3
case, right [1]  17/3
cases [4]  13/17 18/5
18/10 24/11
catastrophe [1]  20/24
caught [1]  23/21
certainly [7]  9/2 10/4
11/7 11/25 20/19 21/2
24/15
Certified [1]  2/4
certify [1]  28/2
CH [1]  2/5
challenge [1]  26/2
chance [1]  19/22
chapter [1]  23/10
character [1]  22/23
characteristics [4]  8/1
21/17 22/24 24/17
characterization [4]
9/18 11/1 11/9 11/21
characterize [1]  11/8
charges [2]  26/20
26/24
charitable [1]  23/8
23/25
chilling [1]  9/18
choose [1]  25/24
chose [1]  16/24
church [2]  15/9 23/13
Circuit [1]  26/11
circumspect [1]  11/4
circumstances [9]
7/12 7/25 9/13 9/21
16/1 17/1 18/12 18/12
23/24
citation [1]  23/1
cited [1]  16/22
cites [1]  15/24
citing [1]  15/25
citizen [1]  17/23
claim [1]  26/4
Class [1]  6/11
clear [7]  11/11 11/15
11/15 12/19 16/15 22/9
25/8
clearly [2]  13/2 23/20
Clerk [1]  25/17
client [1]  2/7
clip [3]  11/7 11/8 11/19
co [1]  9/7
co-defendant [1]  9/7
coerced [1]  22/16
COLUMBIA [2]  1/1
25/18
combat [1]  24/1
come [6]  3/3 3/8 13/5
15/16 16/18 20/19
comes [1]  9/10
coming [2]  15/19 17/10
commander [2]  15/4
23/9
commendations [1]
23/4
community [4]  8/17

comparable [1]  16/1
comply [1]  7/16
computer [1]  2/8
computer-aided [1]
2/8
concerned [1]  22/7
concerning [1]  14/17
concerns [1]  24/15
concluded [1]  27/4
conditions [1]  15/2
conduct [13]  7/22 8/6
9/6 9/7 11/22 13/21
14/3 14/17 15/16 16/21
17/4 18/7 18/11
confident [1]  25/11
Congress [2]  4/20 7/14
connection [2]  5/25
26/6
consequences [1]
4/24
consider [4]  7/13 7/25
18/23 23/24
consideration [1]  18/9
considerations [1]
21/16
consistent [2]  10/4
24/9
Constitution [1]  2/5
construction [1]  20/5
contact [2]  14/3 14/17
contained [1]  7/12
contention [2]  14/2
14/15
CONTINUED [1]  2/1
control [1]  22/10
conviction [1]  26/2
26/6
convinced [1]  21/21
correct [1]  28/3
cost [2]  26/7 26/9
could [4]  5/17 13/19
14/23 20/16
council [1]  15/9
counsel [4]  3/8 4/17
12/16 26/5
counsel's [1]  11/9
count [1]  3/20
country's [1]  22/2
course [3]  21/19 21/23
22/2
COURT [27]  1/1 2/3 2/4
3/11 4/19 4/22 6/6 6/13
6/15 6/19 7/14 8/13
8/15 8/18 9/1 11/1 11/2
13/14 15/2 19/3 25/13
25/17 25/18 25/22
25/25 26/8 27/2
Court's [3]  7/3 12/2
17/20
courts [1]  23/23
COVID, [1]  24/14
COVID, as [1]  24/14
CR [1]  1/4
crimes [1]  7/23
criminal [5]  3/5 7/22
16/2 16/3 17/25
CRM [1]  1/13

CRR [2]  28/2 28/8
currently [1]  26/3

**D**

D.C [6]  1/5 1/15 1/19
2/6 15/16 17/10
D.C. [1]  26/11
D.C. Circuit [1]  26/11
dangerous [1]  22/4
Date [1]  28/7
day [11]  5/3 15/19
15/20 17/9 17/14 17/23
18/7 19/7 19/16 22/13
22/18
days [3]  9/16 10/10
25/24
decision [4]  7/3 15/16
15/17 15/21
defacing [1]  17/16
defendant [9]  1/7 1/17
3/19 5/13 7/23 8/2 9/7
10/17 16/5
defendant's [3]  9/6
10/8 12/15
defendants [1]  8/4
21/2 21/3
defense [4]  4/9 8/22
9/3 11/9
defined [1]  26/1
demonstrating [1]
3/20
Dennis [1]  1/13
destruction [1]  17/15
destructive [1]  22/5
detained [2]  12/4 12/5
detention [10]  8/16
8/25 8/25 10/2 10/11
16/6 16/11 24/7 24/13
25/20
determinations [1]  5/7
determine [1]  4/14
deterrence [3]  7/22
17/20 18/3
devoted [1]  15/11
did [9]  5/5 14/18 16/5
19/4 19/13 19/22 20/14
20/14 21/5
didn't [2]  20/12 23/22
different [3]  13/6 24/10
25/9
differentiate [1]  17/1
difficult [3]  10/15
10/19 22/12
disagreement [1]  11/1
discuss [2]  7/2 17/19
discussed [2]  5/11
17/5
dismiss [1]  26/19
dismissed [1]  26/24
disparities [1]  8/4
dispute [1]  9/2 9/8
distinguish [2]  16/7
17/2
distinguished [1]  23/3
DISTRICT [5]  1/1 1/1
1/10 25/17 25/18
Division [1]  23/6

mem... [2]  15  Filed 12/7[?]
6/10 8/3 8/10 9/2 13/10
15/23 18/14 19/22 21/8
21/21 25/19 25/20
26/17
do you [1]  13/10
do you have [1]  26/17
documents [1]  4/3
does [7]  5/6 5/13 8/7
12/1 18/5 22/20 24/21
doesn't [2]  23/18
doing [2]  11/12 22/18
DOJ [1]  1/13
DOJ-CRM [1]  1/13
dollar [1]  25/15
don't [9]  9/8 10/25
14/23 20/10 22/25 24/4
24/7 24/15 25/2
door [1]  16/17
doors [1]  16/12
down [8]  8/23 9/10
13/24 17/10 19/18 20/2
20/17 20/20
downward [1]  24/2
driving [1]  17/14

**E**

effort [4]  11/22 12/7
13/3 13/4
eligible [1]  6/17
Email [2]  1/16 1/20
end [1]  18/14
ended [3]  15/20 22/3
23/18
enforcement [11]
10/18 11/13 11/25
12/10 12/11 14/4 14/19
16/15 17/5 17/19 22/8
engage [1]  14/19
engaged [1]  17/16
engaging [4]  9/7 11/22
12/11 16/14
enough [1]  5/23
ensure [1]  7/14
enter [3]  15/17 15/21
16/12
entered [1]  26/2
entering [2]  17/9 26/5
enters [1]  25/25
era [1]  24/13
escorted [1]  11/25
especially [1]  24/13
essentially [1]  12/18
even [3]  21/20 22/25
23/22
events [1]  14/19
ever [4]  15/19 17/24
19/8 19/15
everyone [1]  3/2
evidence [2]  17/7
17/15
evident [1]  9/24
exist [1]  17/2
expect [1]  19/15
explain [1]  23/18
explaining [1]  16/20
explanation [2]  14/4
23/16

extensible [1]  17/22
extreme [1]  18/13
extricate [1]  10/19

**F**

F.3d [1]  26/10
fact [5]  6/8 17/9 21/2
factors [10]  4/20 7/2
7/7 7/13 8/8 13/11 16/7
17/14 18/13 21/14
facts [4]  6/6 7/11 9/24
21/13
factual [2]  5/7 5/14
fair [3]  4/20 8/20 9/19
fall [1]  18/13
family [1]  19/11
farthest [1]  13/17
fashion [1]  4/19
fashioning [2]  9/11
23/23
father [1]  15/12
fault [1]  20/14
February [2]  1/5 28/7
feel [2]  5/23 8/25
feels [1]  10/2
fellow [2]  19/11 23/11
Field [3]  2/2 3/7 6/9
file [3]  9/22 25/24 26/8
filed [4]  5/1 5/2 5/3
5/25
final [4]  4/19 4/25 5/2
7/3
findings [1]  6/8
fine [5]  5/19 6/14 7/9
24/18 25/15
first [5]  4/13 4/25 13/19
16/11 17/24
five [1]  6/17
Floor [1]  1/14
followed [1]  15/22
follows [1]  6/12
foregoing [1]  28/3
form [1]  24/14
forth [5]  4/21 5/7 5/14
8/13 13/11
forward [2]  3/8 5/17
fought [1]  19/25
found [1]  8/5
four [1]  16/10
framework [1]  6/20
freedom [2]  20/1 20/4
freedoms [1]  19/24
friends [3]  13/23 19/11
19/20
front [4]  14/7 14/9 20/9
full [1]  19/6
fully [2]  5/20 23/22
fundraising [1]  15/5
further [2]  13/8 14/3
future [1]  7/23

**G**

gap [1]  8/21
gave [1]  16/20
general [1]  18/3
gentleman [1]  16/1
gentlemen [1]  26/25
George [1]  1/17

**G**

**get [4]** 16/5 17/8 19/8 19/22
**getting [4]** 13/1 15/20 17/24 20/12
**gist [1]** 20/15
**given [3]** 10/7 17/21 18/11
**go [6]** 13/19 16/24 19/21 20/2 20/6 21/23
**go ahead [1]** 13/19
**goes [1]** 13/4
**going [5]** 4/25 10/20 12/15 17/25 20/12
**gone [1]** 6/2
**good [8]** 3/2 3/10 3/12 3/13 3/16 3/17 19/21 27/1
**good morning [3]** 3/13 3/16 3/17
**got [2]** 23/20 23/21
**governing [2]** 15/9 23/12
**government [25]** 1/13 3/9 3/11 3/25 4/6 4/17 5/5 5/6 5/25 8/7 8/14 8/21 10/2 10/5 10/5 10/9 11/11 12/18 13/16 14/1 14/21 15/24 22/17 24/8 26/19
**government's [4]** 11/5 11/21 16/9 16/23
**gravity [1]** 10/7
**Great [1]** 6/4
**greater [2]** 7/15 18/8
**Guidelines [6]** 6/10 7/6 7/24 8/3 24/2 24/3
**Guidelines Ranges [1]** 8/3
**Guidelines sentence [1]** 7/6
**guilty [3]** 3/19 8/5 26/6

**H**

**had [6]** 4/1 5/23 15/13 16/2 16/10 20/6
**Hana [2]** 2/2 3/7
**hand [1]** 13/3
**handedly [1]** 15/4
**happen [2]** 19/13 21/5
**happened [5]** 20/11 20/13 21/7 21/8 21/11
**happening [1]** 23/22
**happens [1]** 21/4 24/25
**happy [1]** 10/25
**hard [3]** 15/13 19/25 21/4
**hard-working [1]** 15/13
**has [13]** 7/5 8/18 8/22 9/17 10/24 13/16 13/23 14/7 14/14 14/16 15/1 15/11 16/3
**have [24]** 4/4 5/6 5/10 5/12 5/13 5/18 6/4 6/20 8/5 9/22 9/22 10/25 11/23 18/19 19/2 19/18 19/19 21/3 22/5 22/25

**having [2]** 14/17 22/14
**he [28]** 11/9 11/16 11/16 11/22 12/10 12/18 12/20 13/23 13/23 14/2 15/1 15/4 15/7 15/8 15/11 15/19 15/21 15/21 15/22 16/14 16/17 16/20 16/21 16/23 17/12 17/14 18/1 24/23
**he'll [2]** 20/8 25/5
**he's [13]** 12/16 13/2 14/25 15/1 15/3 15/3 15/11 15/12 15/13 15/14 15/18 15/18 19/24
**hear [2]** 4/16 15/19 17/11
**heard [3]** 4/18 8/7 13/10
**hearing [3]** 1/9 4/10 4/13
**heart [2]** 21/6 23/5
**help [2]** 10/18 23/11
**helpful [2]** 12/3 13/7
**helps [1]** 23/17
**her [12]** 6/9 11/17 11/17 12/9 12/10 12/20 13/3 13/24 14/13 20/12 20/12 22/19
**here [10]** 3/18 8/3 8/14 10/17 23/15 23/25 24/11 24/16 25/19 25/20
**hereby [1]** 25/14
**highlighted [2]** 9/3 9/4
**him [8]** 4/2 5/24 11/16 11/23 14/6 14/11 15/19 18/1
**himself [1]** 11/12
**his [11]** 9/6 10/18 12/17 13/22 15/3 15/6 15/9 16/21 17/21 17/24 18/12
**history [6]** 8/1 14/25 21/17 22/23 23/2 24/16
**holding [1]** 16/17
**home [12]** 8/16 8/24 8/25 10/2 10/10 10/10 10/6 16/10 23/9 24/7 24/13 25/20
**hometown [1]** 15/6 17/11
**honor [36]**
**HONORABLE [2]** 1/10 27/2
**hopefully [1]** 11/15
**hostility [1]** 11/12
**hours [1]** 8/17
**how [9]** 18/9 19/13 20/23 21/5 22/15 22/22 23/17 23/19 24/21
**huge [1]** 8/21
**Hunter [1]** 26/10
**husband [1]** 15/12

**I**

**I am [1]** 22/7
**I believe [1]** 23/25
**I can [2]** 17/21 22/15
**I can't [3]** 12/14 16/16 21/7
**I cannot [1]** 21/7
**I did [1]** 19/4
**I do [1]** 25/20
**I don't [3]** 10/25 24/7 25/2
**I have [1]** 19/19
**I just [1]** 16/6
**I know [1]** 14/6
**I mean [2]** 10/16 11/2 12/14
**I should [1]** 4/4
**I think [31]**
**I thought [1]** 20/16
**I understand [4]** 17/20 21/12 22/14 24/8
**I want [1]** 25/8
**I wanted [2]** 19/23 20/11
**I was [2]** 19/25 20/11
**I will [3]** 7/25 11/8 15/23
**I'd [1]** 6/8
**I'll [3]** 7/3 19/8 25/12
**I'm [10]** 10/25 20/20 20/1 21/2 21/10 21/21 22/5 23/7 24/12 25/11
**I'm not [2]** 20/20 21/2
**I've [5]** 3/22 11/2 11/3 21/13 24/12
**identified [2]** 9/5 10/6
**identify [1]** 3/8
**illuminate [1]** 11/19
**immediately [1]** 25/16
**impeccable [1]** 21/3
**implementation [1]** 15/5
**impose [6]** 4/23 6/13 6/15 8/19 9/1 25/12
**imposed [7]** 7/18 8/2 8/18 25/22 26/3 26/12
**imposes [1]** 7/14
**imposing [1]** 18/23
**impressive [2]** 9/4 23/1
**imprisonment [1]** 25/23
**incarceration [1]** 10/10
**incident [2]** 14/11 22/21
**include [1]** 7/17
**including [3]** 4/1 18/12 23/5
**incredible [1]** 17/22
**indicate [1]** 15/7
**indicated [4]** 13/16 14/21 17/7 24/12
**individual [1]** 17/22
**individual's [1]** 18/7
**individually [1]** 18/6
**individuals [1]** 16/18
**ineffective [1]** 26/5
**information [2]** 18/20 26/3

**instructed [1]** 23/23
**intended [3]** 21/21 22/6 23/21
**intentions [1]** 20/2
**interaction [1]** 17/18
**interview [1]** 16/20
**introducing [1]** 11/4
**Investigation [2]** 3/23 5/1
**invite [1]** 12/16
**involved [4]** 17/8 17/25 22/4 22/8
**is [73]**
**Is there [1]** 10/22
**issue [1]** 7/17
**issues [2]** 11/6 12/17
**it [42]**
**it happened [2]** 21/7 21/11
**It was [1]** 10/15
**it's [12]** 8/20 9/10 10/6 10/19 11/10 11/15 12/19 14/1 16/5 18/14 20/13 24/15
**its [3]** 5/2 8/15 10/6

**J**

**jail [1]** 6/13
**James [1]** 1/13
**james.d.peterson [1]** 1/16
**January [12]** 5/1 5/4 9/14 9/21 15/17 18/8 19/5 20/20 21/22 23/19 24/11 25/10
**January 6th [1]** 23/19
**Jim [1]** 3/11
**Jim Peterson [1]** 3/11
**job [1]** 22/12
**JR [4]** 1/6 3/6 3/19 8/16
**JUDGE [2]** 1/10 13/15
**judgment [2]** 25/13 25/25
**judgments [1]** 24/10
**judicial [1]** 9/20
**just [18]** 4/20 7/19 9/11 13/15 13/19 13/20 15/23 16/6 17/4 18/2 18/15 19/2 20/10 21/5 22/15 23/24 24/3 24/19
**justice [1]** 17/25
**justified [1]** 16/21
**justify [1]** 24/2

**K**

**keep [2]** 12/10 13/1
**kind [1]** 17/7
**knew [1]** 15/21
**know [8]** 14/6 15/13 17/21 17/23 19/13 20/10 21/1 22/10
**known [1]** 13/23
**knows [1]** 17/12

**L**

**largely [1]** 10/1
**last [2]** 4/22 19/14

**laudable [2]** 9/8 21/24
**law [2]** 7/19 10/18 11/12 11/25 12/9 12/11 14/3 14/19 16/14 17/5 17/18 17/23 19/15 22/8
**law-abiding [1]** 17/23
**leader [1]** 15/8
**learned [1]** 19/7
**least [1]** 14/8
**leaving [1]** 16/17
**Legion [2]** 15/4 23/10
**lesson [1]** 19/7
**letters [3]** 4/1 15/7 23/7
**life [2]** 15/15 18/12
**light [3]** 4/20 21/14 24/16
**like [6]** 6/8 13/5 18/22 18/22 21/5 21/10
**liked [1]** 19/18
**lines [2]** 13/1 13/6
**listed [1]** 7/7
**listen [1]** 20/3
**litigation [1]** 11/3
**little [2]** 13/6 23/17
**lived [3]** 15/11 15/15 23/20
**local [4]** 15/6 23/10 23/11 23/13
**long [6]** 13/23 21/3 23/2 23/25 24/21 25/9
**longer [1]** 25/23
**look [1]** 19/14
**looked [2]** 15/8 18/6
**looking [1]** 21/1
**lot [3]** 16/24 20/22 24/10
**loved [1]** 15/8
**low [1]** 18/13
**lowered [1]** 10/17
**lowering [1]** 14/11
**lowers [1]** 11/10
**luck [1]** 27/1

**M**

**machine [1]** 15/14
**made [2]** 15/18 22/12
**magnitude [1]** 9/14
**main [2]** 17/13 18/14
**make [8]** 8/9 11/24 13/12 15/23 18/20 22/19 24/25 25/10
**makes [1]** 21/4
**making [2]** 15/21 24/10
**man [2]** 15/13 19/24
**mandatory [2]** 6/16 8/19
**many [1]** 23/7
**mask [1]** 5/18
**Mastriano [1]** 17/12
**materials [1]** 4/3
**matter [1]** 28/4
**maximum [3]** 6/13 6/14 25/23
**may [10]** 3/10 4/11 6/4 6/13 6/15 8/12 11/4 11/5 13/14 26/8
**maybe [1]** 20/16
**McFADDEN [1]** 1/10
**me [9]** 4/13 10/16

**M**

me... [7]  10/19 11/2
12/25 18/23 22/15
22/22 23/17
mean [4]  10/16 11/2
12/7 12/14
mechanical [2]  2/7
4/11
median [1]  24/5
medical [1]  15/1
member [1]  15/12
memorandum [9]  3/24
3/25 5/4 9/3 9/5 10/7
10/15 12/17 16/9
memorial [3]  15/6
19/19 21/23
memorials [1]  20/17
mentioned [1]  20/6
Merit [1]  2/3
message [2]  18/4 18/5
middle [1]  14/13
mind [1]  12/15
misdemeanor [4]  6/11
6/18 24/3 24/6
mistakes [1]  25/10
mitigate [2]  18/20
22/20
mob [4]  9/23 9/23 9/25
22/3
moment [6]  12/16 13/2
14/8 14/15 15/19 20/10
moments [1]  13/25
money [1]  23/10
months [5]  6/14 8/16
10/3 16/6 16/10
months' [1]  8/16
monuments [1]  23/11
more [9]  9/7 11/10
11/20 12/25 14/16 22/4
22/4 22/12 23/17
morning [8]  3/2 3/10
3/12 3/13 3/16 3/17
21/22 23/17
most [4]  10/16 15/25
22/2 23/2
mostly [1]  8/24
motion [1]  26/17
move [1]  26/19
moved [1]  23/7
Mr [1]  6/24
Mr. [49]
Mr. Barbari [9]  3/16
4/7 5/10 13/10 18/17
24/21 24/25 26/15
26/21
Mr. Blauser [18]  3/14
3/17 3/25 4/10 5/3 5/10
5/17 6/16 9/24 11/11
14/8 14/10 14/18 16/3
17/2 17/16 17/24 18/19
Mr. Blauser's [11]  3/25
6/14 13/21 13/22 14/2
14/15 14/25 16/8 17/4
17/9 18/11
Mr. Peterson [10]  3/12
4/4 5/6 6/22 8/11 10/12
13/8 22/3 26/15 26/17
Mr. Wickersham [1]

**N**

nature [4]  7/25 9/13
10/7 21/16
near [1]  15/6
necessary [4]  7/15
11/6 25/19 25/20
need [6]  7/17 8/2 8/3
17/20 18/3 24/21
needs [1]  11/2
never [2]  19/8 19/22
new [1]  26/3
no [22]  1/4 4/5 4/8 5/9
12/5 12/5 12/6 13/4
13/9 14/18 16/2 16/3
17/6 17/6 17/7 17/8
17/15 21/6 23/14 26/14
26/16 26/22
none [1]  17/2
not [30]
notably [1]  23/3
noted [1]  26/12
nothing [1]  21/19
now [4]  7/13 19/10
21/14 25/12
nowhere [1]  20/7
nuanced [1]  24/10
number [1]  4/1
numerous [1]  23/12
NW [2]  1/18 2/5

**O**

objection [4]  5/7 5/13
26/22 26/23
objections [3]  4/15
4/16 26/11
occurred [1]  23/16
off [2]  5/18 20/12
offense [14]  4/24 6/14
6/15 6/18 7/18 7/20 8/1
9/13 9/14 10/8 21/17
22/22 23/24 26/6
Office [4]  3/24 5/2 7/5
7/11
Office's [2]  5/24 7/8
officer [4]  2/2 3/7 14/9
14/9
officers [2]  11/14 22/8

**Ms. [13]**  6/9 9/6 10/19
11/13 11/23 13/22 14/3
14/7 14/9 14/10 14/13
20/11 22/16
Ms. Bauer [12]  9/6
10/19 11/13 11/23
13/22 14/3 14/7 14/9
14/10 14/13 20/11
22/16
Ms. Field [1]  6/9
much [5]  9/7 17/1 22/4
22/4 22/18
multiple [3]  12/20 23/4
23/5
must [2]  7/13 25/24
my [14]  6/7 8/23 9/17
19/6 19/10 19/10 19/11
19/11 19/12 19/12 20/2
21/6 21/16 24/15

**O**

okay [5]  5/18 12/8
12/13 12/22 25/7
old [4]  15/1 16/2 16/3
22/25
one [14]  3/19 4/1 9/25
10/5 10/17 13/22 14/8
15/14 15/14 15/23
17/13 19/17 22/2 22/16
ones [1]  13/2
only [1]  17/18
open [1]  16/17
operating [1]  6/21
operator [1]  15/14
opportunity [1]  18/25
order [1]  3/4
other [15]  4/3 4/23 7/2
9/20 10/4 10/4 10/9
12/19 13/2 13/17 15/10
16/18 16/24 17/4 21/17
otherwise [5]  8/9
13/12 14/19 15/11
22/20
our [8]  9/5 14/21 19/23
19/24 20/1 20/3 20/13
22/2
ourselves [1]  9/5
out [9]  7/14 9/23 11/12
12/1 14/16 14/22 16/6
20/9 22/23
outnumbered [1]
22/11
outstanding [1]  4/15
over [4]  6/2 19/18
19/21 19/25
overlook [1]  9/12
overstate [1]  9/12
overstated [1]  9/16
own [1]  20/13

**P**

page [1]  11/15
papers [3]  5/25 14/21
14/24
parading [1]  3/20
park [1]  15/6
part [5]  4/22 9/25 11/14
12/1 22/3
participating [1]  21/20
participation [1]  10/8
particular [3]  7/4 14/15
21/13
parties [1]  7/4
pay [3]  24/22 24/23
25/14
payable [1]  25/17
payment [2]  25/3 25/5
25/14
penalties [1]  6/12
penalty [1]  6/11
Pennsylvania [2]
13/24 17/12
people [3]  9/23 9/25
16/12
perhaps [4]  11/18
14/16 15/25 21/23
period [1]  25/22
permission [1]  26/8

**mental** [1]  24/2
okay—see P column
**person** [1]  14/10
personally [1]  17/12
Peterson [12]  1/13
3/11 3/12 4/4 5/6 6/22
8/11 10/12 13/8 22/3
26/15 26/17
photo [1]  10/20
photograph [3]  11/18
13/21 14/7
photographs [4]  11/8
12/20 13/25 14/5
photos [1]  10/14
picketting [1]  3/20
picture [1]  18/8
pillar [1]  15/3
places [1]  22/2
Plaintiff [1]  1/4
planning [1]  17/8
plans [2]  19/10 19/12
plea [1]  26/5
pleadings [1]  8/20
please [6]  3/3 3/8 3/11
5/17 8/13 13/14
pled [1]  3/19
plenty [1]  21/2
point [7]  7/3 9/23
10/17 14/18 14/23
15/23 16/6
pointed [1]  14/16
points [2]  14/22 14/24
policy [1]  7/24
political [2]  20/23
21/20
portion [1]  13/4
postal [1]  15/14
potential [1]  6/12
potentially [1]  10/16
practical [1]  23/12
presence [2]  22/12
22/17
present [2]  3/15 18/20
Presentence [9]  3/22
4/14 5/1 5/8 5/11 5/24
6/7 6/7 7/12
pretty [2]  23/1 24/10
Prettyman [1]  2/5
PRICE [1]  1/18
pricebenowitz.com [1]
1/20
principles [1]  24/4
probably [3]  11/3
22/15 23/22
probation [15]  2/2 3/7
3/24 5/2 5/24 6/4 6/17 7/5
7/8 7/9 7/11 8/17 18/2
18/4 18/15 25/19
Probation Office [4]
3/24 5/2 7/5 7/11
Probation Office's [2]
5/24 7/8
probationary [1]  13/15
problems [1]  20/13
proceed [1]  4/11
proceedings [4]  1/9
2/7 27/4 28/4
produced [2]  2/8 10/24
progress [2]  11/24
11/24

**promote** [2]  7/19 7/23
property [1]  17/16
propriety [1]  8/24
protect [2]  7/22 20/12
protesters [1]  16/18
protesting [1]  21/20
provide [3]  7/19 21/15
25/5
provided [1]  10/14
provides [1]  24/19
public [2]  7/22 23/2
pull [1]  11/17
pulling [1]  12/9
punishment [3]  7/19
24/14 24/19
Purple [1]  23/5
purposes [2]  6/8 7/16
7/17
Pursuant [2]  25/21
26/10
pushed [2]  11/25 21/25
pushing [2]  10/18
11/10
put [1]  8/22
putting [1]  13/3

**Q**

question [1]  12/2
questioning [1]  20/20

**R**

raised [1]  23/10
rallies [1]  21/20
rally [3]  13/24 17/11
17/13 20/3 20/23
rammy [3]  1/17 1/20
3/14
Ranges [1]  8/3
re [1]  21/8
re-do [1]  21/8
reach [2]  14/12 14/12
reaches [1]  11/16
read [1]  5/11
realize [1]  23/22
really [6]  17/2 18/5
18/6 18/8 18/13 20/3
Realtime [1]  2/4
reason [4]  16/10 17/10
18/14 24/7
reasons [1]  19/18
receive [1]  24/5
received [3]  3/22 23/4
26/4
recently [1]  9/16
recidivism [1]  23/15
recommendation [7]
3/23 5/3 7/10 8/9 8/15
8/23 13/12
recommendations [2]
10/10 24/9
recommended [2]  7/5
7/8
record [11]  3/9 16/2
16/4 17/22 19/14 21/15
23/1 23/25 25/9 26/13
28/3
recorded [1]  2/7
records [2]  8/5 9/22

**R**

reference [1] 13/20
referred [1] 14/4
reflect [1] 7/18
regard [2] 6/21 21/16
regardless [1] 24/14
Registered [1] 2/3
regrets [1] 15/19
rehabilitation [1] 7/23
relevant [3] 7/13 21/14
23/24
remaining [2] 26/19
26/23
remarks [1] 21/15
remorse [1] 23/16
remorseful [2] 19/4
21/11
repeat [1] 25/11
Report [9] 3/23 4/14
5/1 5/8 5/11 5/25 6/7
6/7 7/12
Reporter [4] 2/3 2/3
2/4 2/4
request [2] 8/8 26/8
required [1] 4/23
requires [1] 4/19
research [1] 9/7
resisting [1] 11/10
resolution [1] 11/6
resolve [1] 4/16
respect [1] 7/19
responsibility [2]
15/18 19/6
restitution [5] 6/19 7/9
8/18 24/19 25/15
restrain [2] 14/2 22/19
restraining [2] 9/6
12/20
reviewed [3] 3/22 4/4
4/14
reviewing [1] 8/20
right [17] 3/18 4/25
5/16 6/4 7/1 10/21 13/8
17/3 18/17 18/19 18/25
20/25 24/24 25/4 25/21
26/2 26/25
rise [1] 27/2
risk [1] 23/14
river [2] 21/8 23/6
RMR [2] 28/2 28/8
Rotunda [3] 12/1 14/14
22/9

**S**

sacred [1] 22/2
sacrificial [1] 23/3
said [5] 20/8 21/10
21/21 22/3 22/14
same [2] 5/3 24/4
satisfied [1] 5/20
say [4] 8/21 13/3 13/5
18/22
seat [1] 6/5
seated [1] 3/3
second [1] 4/16
Section [1] 7/7
see [5] 11/19 18/1
19/23 20/16 22/15

seeking [1] 8/22
seem [1] 4/11
seemed [1] 10/16
seems [2] 11/11 12/25
seen [3] 16/14 16/17
19/19
Senator [4] 17/11
17/12 19/23 20/3
send [1] 18/5
sensitive [1] 11/5
sentence [23] 4/20
4/23 7/4 7/6 7/8 7/15
7/17 7/21 8/2 8/15 9/12
13/16 18/15 18/21
18/23 23/23 24/5 24/6
25/10 25/12 25/22 26/2
26/12
sentenced [1] 25/14
sentences [3] 7/6 8/6
10/4
sentencing [24] 1/9
3/18 3/23 3/24 4/10
4/18 5/2 5/4 6/1 6/8
6/10 7/2 7/16 8/4 8/9
8/23 9/5 10/4 10/6
13/12 18/10 24/2 24/3
26/7
separated [1] 22/20
separately [1] 15/2
serious [3] 9/7 9/18
10/16
seriousness [1] 7/18
serve [2] 6/7 23/12
service [4] 8/17 23/2
23/3 23/9
set [8] 4/20 5/7 5/14
7/14 8/8 13/11 16/1
16/22
several [1] 6/3
shall [1] 6/19
share [1] 7/4
she [3] 11/16 12/4 12/5
she's [1] 11/13
short [2] 11/8 19/2
shot [1] 23/5
should [3] 4/4 7/21
24/5
shoulder [3] 10/18
13/3 14/12
shouldn't [1] 15/22
sic [1] 21/22
side [1] 20/7
significance [1] 9/13
significant [1] 15/1
similar [2] 8/5 8/5
similarly [1] 16/3
Since [1] 24/3
sincere [1] 23/15
single [1] 15/4
single-handedly [1]
15/4
sir [12] 4/17 5/20 13/7
18/18 19/1 19/13 21/13
21/15 22/22 25/6 25/8
27/1
sits [1] 15/8
situation [3] 16/8
22/11 23/19

six [1] 6/14
skeptical [1] 24/12
skirmish [1] 22/8
slow [1] 11/24
small [1] 7/5
so [20] 4/16 4/25 12/4
12/9 13/22 14/4 14/14
16/16 16/25 17/15
19/12 20/2 20/6 20/7
20/8 20/9 20/13 20/14
20/20 22/23
solely [1] 7/11
some [11] 9/4 9/20
11/14 12/1 12/17 13/17
16/6 16/25 19/19 20/9
20/16
somehow [1] 20/9
someone [3] 12/9
19/14 20/8
something [2] 22/4
23/21
somewhat [2] 11/15
24/12
sorry [2] 19/4 21/10
speak [7] 12/14 16/16
17/13 19/23 20/4 20/4
20/8
speaking [3] 16/14
19/24 20/8
special [5] 6/16 7/10
8/19 25/15 25/16
spotless [1] 23/25
spur [1] 20/10
Square [1] 20/4
squeezed [1] 11/16
St [1] 1/18
started [1] 15/5
starting [1] 3/9
state [1] 12/15
stated [2] 6/6 6/20
statement [2] 18/20
19/2
statements [2] 5/14
7/25
STATES [5] 1/1 1/3
1/10 3/5 26/10
status [1] 24/1
statutory [2] 6/20
25/23
stenography [1] 2/7
step [6] 4/13 4/16 4/19
4/22 4/25 5/17
steps [1] 4/11
still [1] 16/24
stop [1] 13/5
Street [1] 1/14
striking [1] 22/22
submit [2] 14/18 16/25
submitted [1] 15/2
23/7
such [1] 20/23
sufficient [1] 7/15
suggest [2] 9/15 24/4
suggesting [1] 9/22
Suite [1] 1/19
support [1] 8/14
supposed [1] 20/4

seating [1] 3/2
mentioned [1] 7/24
24/25 25/1
swept [1] 15/20
system [1] 17/25

**T**

take [5] 19/6 19/10
19/11 19/11 25/2
taken [1] 18/8
Taking [1] 7/5
talk [1] 5/24
talking [2] 12/17 13/20
taxpayer [1] 16/21
tell [1] 10/19
term [1] 6/13
testify [1] 23/8
than [6] 7/15 11/20
13/1 17/4 22/5 25/23
thank [7] 6/5 6/9 8/12
13/7 13/14 18/17 26/25
Thank you [4] 6/5 8/12
13/14 26/25
that [135]
that's [9] 5/19 12/3
12/23 13/7 14/11 15/25
19/12 20/9 20/14
their [6] 8/22 9/3 15/6
15/24 22/12 24/9
them [1] 13/1
then [3] 11/23 14/9
17/18
there [25] 4/3 4/15
10/20 10/22 10/23 11/7
12/7 12/9 13/21 14/8
17/6 17/8 17/15 19/18
19/20 19/21 20/3 20/8
20/14 20/17 22/17 23/4
23/18 23/19 26/11
there's [9] 6/15 8/21
9/20 11/3 11/7 13/4
21/1 21/19 23/14
thereof [1] 17/7
these [5] 7/17 11/6
13/17 18/5 18/10
they [8] 11/24 11/25
14/14 16/10 18/6 20/6
22/10 22/11
they're [1] 18/9
thing [2] 20/10 20/15
things [5] 9/4 11/4
13/5 15/10 21/18
think [39]
this [34]
those [12] 4/16 9/4
9/25 12/17 13/6 13/25
13/25 14/5 16/25 17/2
19/8 20/16
thought [2] 19/20
20/16
three [4] 4/11 8/16 10/3
16/5
through [2] 11/17
21/25
time [6] 5/23 13/2
13/23 16/19 17/24
19/21
times [4] 4/12 6/3
12/21 23/5

filed [1] 28/4
today [4] 8/14 8/22
24/23 25/3
today's [1] 4/13
together [1] 13/1
told [1] 22/15
toward [1] 14/13
traffic [1] 22/25
transcript [3] 1/9 2/7
28/3
transcription [1] 2/8
trapped [1] 11/13
trespassing [1] 22/1
TREVOR [1] 1/10
tried [2] 11/2 11/4
Troop [1] 23/6
trouble [1] 19/15
troubling [1] 22/21
Trump [1] 17/11
try [3] 11/17 14/12
14/19
trying [7] 12/10 12/19
12/20 22/9 22/10 22/19
24/8
turned [1] 20/23
two [2] 7/8 15/13
type [2] 19/8 21/3
types [1] 8/6

**U**

U.S [2] 22/1 25/17
U.S.C [5] 3/21 4/21
6/18 25/21 26/1
unable [1] 26/7
unavailable [1] 26/3
unblemished [2] 15/15
25/9
under [4] 6/18 6/21
20/5 24/2
understand [9] 8/18
14/25 17/20 20/19 21/5
21/12 22/14 23/17 24/8
Understanding [1]
18/3
UNITED [5] 1/1 1/3
1/10 3/5 26/10
United States [1]
26/10
United States of [1]
3/5
until [1] 17/23
unwarranted [1] 8/4
up [13] 6/17 15/8 15/20
15/20 16/22 17/23 20/6
20/14 21/8 21/22 22/3
23/18 23/21
upstanding [1] 17/23
us [1] 20/6
usdoj.gov [1] 1/16
utility [1] 24/13

**V**

valuable [1] 19/7
variance [2] 8/9 24/2
variety [1] 15/9
various [1] 10/14
versus [1] 3/6 26/10
very [12] 13/23 15/7

**V**

**very... [10]**  15/8 17/1 19/4 19/7 19/25 19/25 21/10 22/21 23/12 25/9
**veteran [2]**  15/1 24/1
**veterans [4]**  15/6 19/12 19/19 23/11
**video [4]**  10/22 10/23 10/23 11/19
**Vietnam [5]**  14/25 19/19 20/1 21/23 23/4
**view [4]**  8/24 11/5 11/18 19/21
**violation [1]**  3/21
**violence [3]**  16/24 17/6 17/7
**violent [1]**  14/20
**volatile [1]**  22/11
**vs [1]**  1/5

**W**

**want [6]**  14/23 15/23 16/6 20/12 21/15 25/8
**wanted [2]**  19/23 20/11
**was [39]**
**Washington [4]**  1/5 1/15 1/19 2/6
**wasn't [2]**  12/4 12/9
**watched [1]**  10/22
**water [1]**  21/7
**way [6]**  14/20 16/16 17/6 20/9 21/25 22/16
**ways [1]**  23/12
**we [25]**  5/9 5/12 5/15 6/21 8/10 8/25 9/1 9/2 9/5 9/8 9/8 9/12 10/25 13/15 13/20 13/25 14/18 18/14 20/7 20/9 20/14 20/14 20/14 25/2 25/10
**we're [2]**  3/18 13/17
**we've [4]**  6/2 9/4 14/20 15/2
**well [8]**  3/24 14/22 15/7 15/8 19/17 20/8 20/19 24/5
**went [6]**  19/16 19/18 19/18 20/7 20/9 20/14
**were [10]**  13/20 14/14 16/12 19/20 22/1 22/9 22/10 22/11 22/16 22/18
**weren't [1]**  22/19
**what [20]**  8/21 8/22 12/15 13/20 14/12 14/16 15/20 17/4 19/4 19/16 19/25 20/13 20/14 21/8 22/14 22/18 22/20 22/22 23/16 23/20
**what's [1]**  10/19
**whatsoever [1]**  17/16
**when [7]**  14/11 15/21 15/22 19/25 21/21 21/25 22/10
**where [4]**  13/2 14/14 20/9 20/11
**whether [3]**  4/14 4/15

**which [10]**  4/11 6/21 8/3 8/18 17/19 19/21 21/23 22/11 23/1 23/8
**while [2]**  23/4 23/6
**who [8]**  3/14 8/5 9/7 17/12 20/4 21/2 21/3 22/8
**who's [1]**  3/19
**whole [1]**  20/15
**why [3]**  17/14 18/14 20/19
**Wickersham [3]**  10/6 15/24 16/11
**will [14]**  4/11 4/22 6/6 6/7 7/3 7/25 8/19 11/8 11/9 11/11 11/19 15/23 25/11 26/24
**WILLIAM [8]**  1/6 2/3 3/6 3/19 8/15 25/14 28/2 28/8
**William Blauser [1]**  25/14
**wish [3]**  4/18 8/7 13/10
**within [1]**  25/24
**without [3]**  9/23 26/9 26/23
**witnessed [1]**  16/23
**woke [1]**  21/22
**won't [1]**  17/19
**wondering [1]**  20/23
**word [1]**  14/20
**words [1]**  17/6
**work [3]**  6/9 23/8 24/1
**worker [1]**  15/14
**working [1]**  15/13
**worst [1]**  15/17
**would [18]**  9/1 9/15 9/23 10/9 12/16 13/3 14/18 16/25 18/22 18/22 19/15 19/18 19/21 20/19 22/5 24/1 25/9 26/19
**wounded [1]**  24/1
**wrong [2]**  19/16 21/19

**Y**

**Yeah [3]**  20/18 20/21 21/9
**year [1]**  15/13
**years [6]**  6/17 15/1 15/15 16/2 16/3 22/25
**years' [1]**  7/8
**yell [1]**  14/19
**yes [13]**  5/22 6/2 6/23 6/25 8/10 10/13 12/12 13/13 17/10 18/18 18/24 25/6 26/18
**you [66]**
**you understand [1]**  14/25
**you'll [2]**  15/18 24/25
**you're [5]**  17/25 19/14 22/25 23/9 26/7
**you've [7]**  4/14 5/23 10/14 10/22 22/15 23/10 23/20
**your [65]**

**yours [1]**  25/10
**yourselves [1]**  3/9

**Z**

**Zaremba [3]**  2/3 28/2 28/8